**EXHIBIT 1**



# CORPORATE DETAILS

**Office of the Secretary of State**
**State of Alabama**

---

## INITIATE NEW BROWSE

Corporation
  Legal Name:  Soul Inn, Incorporated        . D/C 165-222

Place Of Inc:  Macon County

Date Of Inc.:  04-13-1994

Reg Agent...:  JANIGAN, ANITA
               PO BOX 267
               TUSKEGEE, AL  36083

Prin Address:  TUSKEGEE, AL

Capital Amt.:  $1,000 Authorized  $1,000 Paid In

Nat Of Bus..:  SALE OF ALCOHOLIC BEVERAGES, OTHER GOODS & SERVICES

Names Of Inc:  JANIGAN, ANITA

1994    **ANNUAL REPORTS**

**← PREVIOUS PAGE**



---

© 2006, Office of the Secretary of State, State of Alabama