**EXHIBIT 2**

Case 3:06-cv-00555-MEF-WC   Document 1-3   Filed 06/21/2006   Page 1 of 2



# CORPORATE DETAILS
Office of the Secretary of State
State of Alabama

**INITIATE NEW BROWSE**

```
Corporation                                                          D/C 224-478
  Legal Name:    HPC Entertainment Group, Inc.

Place Of Inc:    Macon County

Date Of Inc.:    08-08-2002

Reg Agent...:    CARTER, HOWARD P III
                 1315 SOUTH CHURCH ST
                 TUSKEGEE, AL   36083

Prin Address:    TUSKEGEE, AL

Capital Amt.:    $1,000 Authorized  $1,000 Paid In

Nat Of Bus..:    NIGHTCLUB/ENTERTAINMENT

Names Of Inc:    CARTER, HOWARD P III
```



← PREVIOUS PAGE



© 2006, Office of the Secretary of State, State of Alabama