**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 28, 2006

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re:   Colony Insurance Company v. Griffin et al.
      Civil Action No. 3:06-cv-00555-VPM

The above-styled case has been reassigned to Judge Mark E. Fuller.

Please note that the case number is now **3:06-cv-00555-MEF**.

This new case number should be used on all future correspondence and pleadings in this action.