AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Colony Insurance Company

V.

Ronshabus Griffin; Soul Inn, Inc.; and HPC Entertainment Group, Inc.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 3:06 cv 555 - VPM

TO: (Name and address of Defendant)

HPC Entertainment Group, Inc.
c/o Howard P. Carter, II, Registered Agent
1315 South Church Street
Tuskegee, AL 36083

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Algert S. Agricola, Esq.
Slaten & O'Connor, P.C.
105 Tallapoosa Street
Suite 101
Montgomery, AL 36104

an answer to the complaint which is served on you with this summons, within ~~30~~ 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                              6-26-06

CLERK                                                          DATE

(By) DEPUTY CLERK

◈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
               Date

                _____
                *Signature of Server*

                _____
                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

RECEIVED
2006 JUN 29 A 10:04
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

7005 0390 0001 0089 4749

HPC ENTERTAINMENT GROUP, INC.,
C/O HOWARD P. CARTER, II, REGISTERED AGENT
1315 SOUTH CHURCH STREET
TUSKEGEE, AL 36083

NO MAIL RECEPTACLE
RETURN TO SENDER

Clerk
US District Court
Middle District of Alabama
P O Box 711
Montgomery, AL 36101-0711