**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| **COLONY INSURANCE COMPANY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No.: 3:06cv00555-MEF |
| | ) |
| **RONSHABUS GRIFFIN; SOUL INN, INC.;** | ) |
| **and HPC ENTERTAINMENT GROUP, INC.,** | ) |
| | ) |
| Defendants. | ) |

### F.R.C.P. 7.1 CORPORATE DISCLOSURE STATEMENT

PURSUANT TO F.R.C.P. 7.1, Plaintiff Colony Insurance Company (hereinafter "Colony") herewith states that it is a corporation whose parent corporation is: The Argonaut Group.

The following are publicly-held corporations holding 10% or more of its stock: The Argonaut Group holds 100% of Colony Insurance's stock.

Respectfully submitted this the 12th day of July, 2006.

                                              /s/ ALGERT S. AGRICOLA

                                              **ALGERT S. AGRICOLA (ALA. ID AGR001)**
                                              **JASON J. BAIRD (ALA. ID BAI035)**
                                              **ATTORNEYS FOR PLAINTIFF**
                                              **COLONY INSURANCE COMPANY**

**OF COUNSEL:**
**SLATEN & O'CONNOR, P.C.**
Winter Loeb Building
105 Tallapoosa Street, Suite 101
Montgomery, AL 36104
(334) 396-8882 (P)
(334) 396-8880 (F)
jbaird@slatenlaw.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **COLONY INSURANCE COMPANY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Case No.: 3:06cv00555-MEF** |
| ) | |
| **RONSHABUS GRIFFIN; SOUL INN, INC.;** ) | |
| **and HPC ENTERTAINMENT GROUP, INC.,** ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Although no defendants herein have yet participated using the CM/ECF system, I hereby certify that I have mailed through the U.S. Postal Service the foregoing document to the following non-CM/ECF participants:

Ronshabus Griffin
110 Wallahatchee Drive
Tallassee, AL 36078-3768

Respectfully submitted,

s/ Algert S. Agricola, Jr.
Algert S. Agricola, Jr. (Ala. ID AGR001)
Jason J. Baird (Ala. ID BAI035)
**SLATEN & O'CONNOR, P.C.**
Winter Loeb Building
105 Tallapoosa Street, Suite 101
Montgomery, AL 36104
Phone: (334) 396-8882
Fax:    (334) 396-8880
E-mail: jbaird@slatenlaw.com

F:\Gen Litigation\Colony Group\Soul Inn\Pleading\CorporateDisclosureStatement.wpd

3