**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____    ☐ Agent
                             ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

Howard Carter    7/17/06

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:    ☐ No

1. Article Addressed to:

HPC Entertainment Group, Inc.
P.O. Box 773
Tuskegee, AL 36087

06-555 Alias 4
cerp

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered    ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

7005 0390 0001 0089 4879

102595-02-M-1540

PS Form 3811, February 2004    Domestic Return Receipt