IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| COLONY INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 3:06cv00555-MEF |
| | ) |
| RONSHABUS GRIFFIN; SOUL INN, INC.; | ) |
| and HPC ENTERTAINMENT GROUP, INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DISMISSAL OF SOUL INN, INC.

Comes now Plaintiff Colony Insurance Company (hereinafter "Colony"), by and through the undersigned counsel, and pursuant to F.R.C.P. 41(a) herewith files this Notice of Dismissal, without prejudice, of separate defendant Soul Inn, Inc., and as grounds therefore, would show unto this Court as follows:

1. Soul Inn, Inc., was named as a defendant in Colony's Complaint for Declaratory Relief.

2. Colony has subsequently learned, from counsel for defendant HPC Entertainment Group, Inc., that Soul Inn, Inc., sold its interest in the Soul Inn nightclub to HPC Entertainment Group, Inc., in 1994, and that Soul Inn, Inc., has no ownership interest in the Soul Inn nightclub. Although "Soul Inn, Inc." is a defendant in the underlying lawsuit of *Griffin v. Soul Inn, Inc.*, Macon County (Ala.) Circuit Court no. CV-06-77, HPC Entertainment Group, Inc., answered the complaint in the underlying lawsuit, and it appears that the defendant was

misnomered in the underlying lawsuit.

3. Additionally, documents obtained from the Alabama Department of Revenue reflect that Soul Inn, Inc., was administratively dissolved on October 13, 1995. (Exhibit 1).

4. Accordingly, Soul Inn, Inc., is due to be dismissed from the instant Declaratory Action.

5. This Notice of Dismissal is without prejudice, in the event that Soul Inn, Inc., should later be determined to be a viable corporate entity and/or to have some colorable interest in the outcome of this litigation.

WHEREFORE, for the above-stated reasons, Plaintiff Colony Insurance Company files this Notice of Dismissal, without prejudice, of separate defendant Soul Inn, Inc., in the above-styled case.

Respectfully submitted this the 5th day of October, 2006.

/s/ JASON J. BAIRD
**ALGERT S. AGRICOLA** (ALA. ID AGR001)
**JASON J. BAIRD** (ALA. ID BAI035)
**ATTORNEYS FOR PLAINTIFF**
**COLONY INSURANCE COMPANY**

**OF COUNSEL:**
**SLATEN & O'CONNOR, P.C.**
Winter Loeb Building
105 Tallapoosa Street, Suite 101
Montgomery, AL 36104
(334) 396-8882 (P)
(334) 396-8880 (F)
jbaird@slatenlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| COLONY INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3:06cv00555-MEF |
| ) | |
| RONSHABUS GRIFFIN; SOUL INN, INC.; ) | |
| and HPC ENTERTAINMENT GROUP, INC.,) | |
| ) | |
| Defendants. ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on October 5th, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Although no defendants herein have yet participated using the CM/ECF system, I hereby certify that I have mailed through the U.S. Postal Service the foregoing document to the following non-CM/ECF participants:

John I. Cottle, Esq.
Bowles & Cottle
P.O. Box 780397
Tallassee, AL 36078
*Counsel for Ronshabus Griffin*

Albert Bulls, Esq.
P.O. Box 1233
Tuskegee, AL 36087
*Counsel for HPC Entertainment Group, Inc.*

                                                  Respectfully submitted,

                                                  /s/ Jason J. Baird
                                                  Algert S. Agricola, Jr. (Ala. ID AGR001)
                                                  Jason J. Baird (Ala. ID BAI035)

        **SLATEN & O'CONNOR, P.C.**
        Winter Loeb Building
        105 Tallapoosa Street, Suite 101
        Montgomery, AL 36104
        Phone: (334) 396-8882
        Fax:    (334) 396-8880
        E-mail: jbaird@slatenlaw.com

F:\Gen Litigation\Colony Group\Soul Inn\Pleading\StipDismissalSoulInnInc.wpd

**EXHIBIT 1**

**EXHIBIT 1**



**G. THOMAS SURTEES**
Commissioner

# State of Alabama
# Department of Revenue

(www.ador.state.al.us)
50 North Ripley Street
Montgomery, Alabama 36132

**CYNTHIA UNDERWOOD**
Assistant Commissioner
**LEWIS A. EASTERLY**
Secretary

September 18, 2006

Jason Baird
Slaten & O'Connor, P.C.
105 Tallapoosa Street, Suite 101
Montgomery, AL 36104

Re:   Soul Inn, Inc.

Dear Mr. Baird:

Per our records, Soul Inn, Inc. was administratively dissolved effective October 13, 1995. If you need any additional information, please contact me at (334) 353-8681.

Sincerely,

*Voncile Catledge*

Voncile Catledge, Manager
Business Tax Section
Individual and Corporate Tax Division