IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **COLONY INSURANCE COMPANY,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**RONSHABUS GRIFFIN; SOUL INN, INC.;** )<br>**and HPC ENTERTAINMENT GROUP, INC.,**)<br>)<br>Defendants. ) | Case No.: 3:06cv00555-MEF |

### F.R.C.P. 7.1 CORPORATE DISCLOSURE STATEMENT

PURSUANT TO F.R.C.P. 7.1, Plaintiff Colony Insurance Company (hereinafter "Colony") herewith states that it is a corporation whose parent corporation is: The Argonaut Group.

The following are publicly-held corporations holding 10% or more of its stock: The Argonaut Group holds 100% of Colony Insurance's stock.

Respectfully submitted this the 5th day of October, 2006.

/s/ JASON J. BAIRD
**ALGERT S. AGRICOLA** (ALA. ID AGR001)
**JASON J. BAIRD** (ALA. ID BAI035)
**ATTORNEYS FOR PLAINTIFF**
**COLONY INSURANCE COMPANY**

**OF COUNSEL:**
**SLATEN & O'CONNOR, P.C.**
Winter Loeb Building
105 Tallapoosa Street, Suite 101
Montgomery, AL 36104
(334) 396-8882 (P)
(334) 396-8880 (F)
jbaird@slatenlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| COLONY INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 3:06cv00555-MEF |
| | ) |
| RONSHABUS GRIFFIN; SOUL INN, INC.; | ) |
| and HPC ENTERTAINMENT GROUP, INC., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on October 5th, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Although no defendants herein have yet participated using the CM/ECF system, I hereby certify that I have mailed through the U.S. Postal Service the foregoing document to the following non-CM/ECF participants:

John I. Cottle, Esq.
Bowles & Cottle
P.O. Box 780397
Tallassee, AL 36078
*Counsel for Ronshabus Griffin*

Albert Bulls, Esq.
P.O. Box 1233
Tuskegee, AL 36087
*Counsel for HPC Entertainment Group, Inc.*

Respectfully submitted,

/s/ Jason J. Baird
Algert S. Agricola, Jr. (Ala. ID AGR001)
Jason J. Baird (Ala. ID BAI035)

3

**SLATEN & O'CONNOR, P.C.**
Winter Loeb Building
105 Tallapoosa Street, Suite 101
Montgomery, AL 36104
Phone: (334) 396-8882
Fax:     (334) 396-8880
E-mail: jbaird@slatenlaw.com

F:\Gen Litigation\Colony Group\Soul Inn\Pleading\CorporateDisclosureStatement.wpd