IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

COLONY INSURANCE COMPANY        )
                                )
        Plaintiff,               )
v.                              )    CASE NO. 3:06-cv-555-MEF
                                )
RONSHABUS GRIFFIN, *et al.,*     )
                                )
        Defendants.             )

## O R D E R

Upon consideration of the Motion to Dismiss Soul Inn, Inc. (Doc. #12) filed on October 5, 2006, it is hereby

ORDERED that the motion is GRANTED and Soul Inn, Inc. is dismissed as a defendant in this cause of action. Nothing in this Order is intended to effect any of plaintiff's claims against the other defendants which remain pending.

DONE this 6th day of October, 2006.

                    _____
                           /s/ Mark E. Fuller
                    CHIEF UNITED STATES DISTRICT JUDGE