IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| COLONY INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RONSHABUS GRIFFIN; SOUL INN, INC.; )<br>and HPC ENTERTAINMENT GROUP, INC.,)<br>)<br>Defendants. ) | Case No.: 3:06cv00555-MEF |

### REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on October 18, 2006 by teleconference and was attended by:

Jason J. Baird for Plaintiff Colony Insurance Company

John I. Cottle, III for Defendant Ronshabus Griffin.

Albert C. Bulls, III for Defendant HPC Entertainment Group, Inc.

2. Pre-Discovery Disclosures. The parties will exchange by November 3, 2006 the information required by Fed.R.Civ.P. 26(a)(1).

3. Discovery Plan. The parties jointly propose to the court the following discovery plan:

Discovery will be needed on the following subjects: The parties' legal contentions with respect to insurance coverage under the Colony Insurance policy issued to HPC Entertainment Group, Inc., and the factual basis for these legal contentions; and the factual basis of the

underlying lawsuit.

All discovery commenced in time to be completed by June 1, 2007.

Maximum of 20 Interrogatories by each party to any other party. Responses due 30 days after service.

Maximum of 20 requests for admission by each party to any other party. Responses due 30 days after service.

Maximum of 3 depositions by plaintiff(s) and 6 by defendant(s).

Each deposition limited to maximum of 3 hours unless extended by agreement of parties.

Reports from retained experts under Rule 26(a)(2) due:

    from plaintiff(s) by January 2, 2007.

    from defendant(s) by February 2, 2007.

Supplementations under Rule 26(e) due every 30 days after a party's initial discovery responses are served upon the opposing party.

4.    Other Items: None.

The parties request a conference with the court before entry of the scheduling order.

The parties request a pretrial conference in November 2007.

Plaintiff(s) should be allowed until March 1, 2007 to join additional parties and until April 1, 2007 to amend the pleadings.

Defendant(s) should be allowed until March 1, 2007 to join additional parties and until April 1, 2007 to amend the pleadings.

All potentially dispositive motions should be filed by <u>May 1, 2006.</u>

Settlement is unlikely.

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due

    from plaintiff(s) by <u>October 1, 2007.</u>

    from defendant(s) by <u>November 1, 2007.</u>

Parties should have <u>14</u> days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

The case should be ready for trial by <u>December 10, 2007</u>, and at this time is expected to take approximately <u>2</u> days.

Other Matters: This is a bench trial. The parties do not anticipate that the case will be ready to try by this Court's April 2, 2007 non-jury docket in Opelika, but may be ready to try considerably earlier than the December 10, 2007 non-jury docket.

    /s/ JASON J. BAIRD
**ALGERT S. AGRICOLA** (ASB 0364-R79A, AGR001)
**JASON J. BAIRD** (ASB 9955-D67J, BAI035)
Counsel for Colony Insurance Company


    /s/ JOHN I COTTLE, III
**JOHN I. COTTLE, III** (ASB COT004)
Counsel for Ronshabus Griffin


    /s/ ALBERT C. BULLS, III
**ALBERT C. BULLS, III** (ASB BUL009)
Counsel for HPC Entertainment Group, Inc.

**OF COUNSEL:**

**Slaten & O'Connor, P.C.**
Winter-Loeb Building, Suite 101
105 Tallapoosa Street
Montgomery, AL 36104
(334) 396-8882 (P)
(334) 396-8880 (F)
jbaird@slatenlaw.com

**Bowles & Cottle**
P.O. Box 780397
Tallassee, AL 36078
(334) 283-6548 (P)
(334) 283-5366 (F)
BowlesandCottle@aol.com

**Law Office of Albert C. Bulls, III**
P.O. Box 1233
Tuskegee, AL 36087
(334) 727-1074 (P)
(334) 727-1639 (F)
acbulls@charter.net

F:\Gen Litigation\Colony Group\Soul Inn\Pleading\ReportPlanningMeeting.wpd