IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| COLONY INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:06 cv 555-VPM |
| | ) | |
| v. | ) | |
| | ) | |
| RONSHABUS GRIFFIN and HPC | ) | |
| ENTERTAINMENT GROUP, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR LEAVE TO AMEND PLEADINGS ASSERTING COUNTERCLAIM

COMES NOW Ronshabus Griffin, one of the Defendants to the above styled action, and moves the Court for leave to amend the pleadings so as to assert a counterclaim against the Plaintiff, Colony Insurance Company. This Motion for Leave to Amend comes within the deadline imposed by the Court for amending pleadings, which deadline expires December 11, 2006.

/s/John I. Cottle III_____
JOHN I. COTTLE III (COT004)
Attorney for Defendant Ronshabus Griffin

OF COUNSEL:
Bowles & Cottle
Attorneys at Law
P.O. Box 780397
2 So. Dubois Avenue
Tallassee, Alabama 36078
(334) 283-6548
Fax: (334) 283-5366
(Email) BowlesandCottle@aol.com

PDF created with pdfFactory trial version www.pdffactory.com

## CERTIFICATE OF SERVICE

      I hereby certify that on November 20, 2006, I electronically filed the forgoing with the Clerk of Court using the CM/EMF system which will send notification of such filing to the following:

Algert S. Agricola, Esq.
Jason J. Baird, Esq.
SLATEN & O'CONNOR, P.C.
Winter Loeb Building
105 Tallapoosa Street
Suite 101
Montgomery, Alabama 36104

Albert C. Bulls III
Attorney at Law
P. O. Box 1233
Tuskegee Institute, Alabama  36087

                                                /s/John I. Cottle III_____
                                                Of Counsel

PDF created with pdfFactory trial version www.pdffactory.com