IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| COLONY INSURANCE COMPANY ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:06-cv-555-MEF |
| ) | |
| RONSHABUS GRIFFIN, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of defendant's Motion to Amend/Correct for Leave to Amend Pleadings Asserting Counterclaim (Doc. #19) filed on November 20, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 22nd day of November, 2006.

　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE