IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| COLONY INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff ) | CASE NO. 3:06 cv 555-VPM |
| ) | |
| v. ) | |
| ) | |
| RONSHABUS GRIFFIN; SOUL INN, ) | |
| INC.; and HPC ENTERTAINMENT ) | |
| GROUP, INC., ) | |
| ) | |
| Defendants. ) | |

## INITIAL DISCLOSURES OF DEFENDANT
## HPC ENTERTAINMENT GROUP, INC.

COMES NOW HPC ENTERTAINMENT GROUP, INC., and makes the following initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1).

A. Names, addresses, and telephone numbers of witnesses having discoverable information:

1. Ronshabus Griffin, Tallassee, Alabama.
Ronshabus Griffin is the Plaintiff.

2. Howard Carter, Tuskegee, Alabama.
Howard Carter is the principal of HPC Entertainment Group, Inc.

3. Regina Jones, 1147 Hillcrest Road, Adamsville, AL 35005
Regina Jones was present at the Soul Inn on the evening in question.

4. Jennifer Jordan, Tuskegee Police Department, 1106 Notasulga Road, Tuskegee, Alabama 36083. Telephone: (334) 727-0200. Jennifer Jordan was the Tuskegee Police officer who investigated the shooting.

5. Kyla Jones, 1147 Hillcrest Road, Adamsville, AL 35005. Telephone: (205) 798-8536.

PDF created with pdfFactory trial version www.pdffactory.com

                    Kyla Jones was present at the Soul Inn on the evening of the shooting.

6.     Shaquetta Penick, 1153 Pebble Creek, Apartment 1, Birmingham, AL 35214.
Telephone: (205) 447-4099.
Shaquetta Penick was present at the Soul Inn on the evening of the shooting.

7.     Seneca Jones, 1829 43rd Street, Birmingham, AL 35208.
Telephone: (205) 798-7986.
Seneca Jones was present at the Soul Inn on the evening of the shooting.

8.     William O. Kelly, 6801 Court North, Birmingham, AL 35220.
William O. Kelly was present at the Soul Inn on the evening of the shooting.

9.     Justin Williams, Montgomery, AL.
Justin Williams accompanied Defendant Ronshabus Griffin to the Soul Inn on the evening of the shooting.

10.     Kevius Matthews, Weldon Road, Eclectic, AL 36024.
Kevius Matthews accompanied Defendant Ronshabus Griffin to the Soul Inn on the evening of the shooting.

11.     Stacey Brown, Third Avenue, Tallassee, AL 36078.
Stacey Brown accompanied Defendant Ronshabus Griffin to the Soul Inn on the evening of the shooting.

B.     Copies of all documents and tangible evidence:

    1.     A copy of the Alabama Beverage Control Board's file regarding HPC Entertainment Group, Inc. which was previously submitted to you by Defendant, Ronshabus Griffin in his initial disclosure.

    2.     Police reports from the Tuskegee Police Department were previously submitted to you by Defendant, Ronshabus Griffen in his initial disclosure.

C.     Computation of damages.

PDF created with pdfFactory trial version www.pdffactory.com

This is a declaratory judgment action. The amount of damages, if any, will be determined in the underlying State Court action.

D. Insurance agreements.

The Defendant has already produced a copy of the insurance policy which is the subject of this action.

/s/ Albert C. Bulls IIIU
ALBERT C. BULLS III (BUL009)
Attorney for Defendant HPC Entertainment Group, Inc.

OF COUNSEL:
Albert C. Bulls III, P.C.
Attorneys at Law
P.O. Box 1233
2801 Althea Street
Tuskegee, Alabama 36088
334.727.1074
Fax: 334.727.1639
(Email) acbulls@charter.net

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing on the following counsel of record by mailing a copy thereof, postage prepaid, to them at their proper mailing address on this the  18th  day of December 2006.

Algert S. Agricola, Esq.
Jason J. Baird, Esq.
 SLATEN & O'CONNOR, P.C.
Winter Loeb Building
105 Tallapoosa Street
Suite 101
Montgomery, Alabama 36104

John I. Cottle
Attorney at Law
P. O. Box 780397
Tallassee, Alabama  36078

      /s/ Albert C. Bulls III
      ALBERT C. BULLS III

PDF created with pdfFactory trial version www.pdffactory.com