IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| COLONY INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:06 cv 555-VPM |
| | ) | |
| v. | ) | |
| | ) | |
| RONSHABUS GRIFFIN and HPC ENTERTAINMENT GROUP, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |

## MOTION OF DEFENDANT RONSHABUS GRIFFIN FOR SUMMARY JUDGMENT

Comes now the Defendant, Ronshabus Griffin, and moves the Court to enter, pursuant to Rule 56 of the Federal Rules of Civil Procedure, a Summary Judgment in the Defendant's favor, dismissing the action on the ground that there is no genuine issue as to any material fact and that the Defendant is entitled to judgment as a matter of law. Defendant further moves for Summary Judgment on the Defendant's counterclaim against the Plaintiff on the grounds that there is no genuine issue as to any material fact and that the Defendant is entitled to judgment on the counterclaim as a matter of law.

This motion is based upon the pleadings, the Affidavit of the Plaintiff, and the Affidavit of Howard P. Carter.

/s/John I. Cottle, III
JOHN I. COTTLE III (COT004)
Attorney for Defendant Ronshabus Griffin

PDF created with pdfFactory trial version www.pdffactory.com

OF COUNSEL:
Bowles & Cottle
Attorneys at Law
P.O. Box 780397
2 So. Dubois Avenue
Tallassee, Alabama 36078
(334) 283-6548
Fax: (334) 283-5366
(Email) BowlesandCottle@aol.com

## CERTIFICATE OF SERVICE

      I hereby certify that on April 25, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/EMF system which will send notification of such filing to the following:

Algert S. Agricola, Esq.
Jason J. Baird, Esq.
 SLATEN & O'CONNOR, P.C.
Winter Loeb Building
105 Tallapoosa Street
Suite 101
Montgomery, Alabama 36104

Albert C. Bulls III
Attorney at Law
P. O. Box 1233
Tuskegee Institute, Alabama  36087

                                                  /s/John I. Cottle III
                                                  Of Counsel

PDF created with pdfFactory trial version www.pdffactory.com