STATE OF ALABAMA   )
MACON COUNTY          )

### AFFIDAVIT OF HOWARD P. CARTER

I, Howard P. Carter, having been duly sworn, do hereby depose and say on oath as follows:

My name is Howard P. Carter and I am a resident of Macon County, Alabama. I am the owner of a corporation known as HPC Entertainment Group, Inc. HPC Entertainment Group, Inc. operates a club known as the Soul Inn in Macon County, Alabama.

On or about November 6, 2005, there was a shooting at the Soul Inn during which an individual by the name of Ronshabus Griffin was allegedly injured. I was present at the club on that evening. At the time the shots were actually fired, I had gone outside of the building to check on a disturbance occurring down the street. While outside, I heard the shots fired. I immediately returned to the club. When I arrived, people were running out of the club and there was a great deal of confusion. When I finally was able to get into the club, I asked someone who I do not remember what had happened. I was told that a man had discharged a firearm into the air, I was shown where the shooter was standing. There were several bullet holes in the ceiling above the indicated spot.

I interviewed all of the employees of HPC Entertainment Group, Inc. who were present in the club at the time of the shooting. None of my employees indicated to me that they saw the shooting take place.

I have inquired around to other people and investigated rumors about the shooting and who did the shooting. I understand that the person who did the shooting was a man

named John Brown. I have reported this information to the Tuskegee Police Department and the Macon County Sheriffs Office. To my knowledge, no one has been arrested for this shooting. I do not know where John Brown resides or how to contact him. I have no personal knowledge of why John Brown fired a weapon in the Soul Inn.

I make this Affidavit of my own personal knowledge.

_____
HOWARD P. CARTER

SWORN TO AND SUBSCRIBED before me this 12th day of April, 2007.

_____
NOTARY PUBLIC
My Commission Expires, 5/2/10

STATE OF ALABAMA )

ELMORE COUNTY )

### AFFIDAVIT OF RONSHABUS GRIFFIN

I, Ronshabus Griffin, having been duly sworn, do hereby depose and say on oath as follows:

I am a resident of Elmore County, Alabama. On November 6, 2005, I and a few of my friends went to the Soul Inn, which is a club near Tuskegee, Alabama, owned by HPC Entertainment Group, Inc. When we arrived at the Soul Inn, there were security personnel searching people who entered the premises. These security personnel had metal detectors which they were using to conduct searches. I, and the party I was with, were all searched before we were allowed admittance to the premises.

While we were inside the Soul Inn, a firearm was discharged by an unknown person. I did not see the firearm being discharged, nor did I see who discharged the firearm. I did hear the shots. I was hit by one of the shots. Neither I nor any member of my party had been involved in any altercation with the gunman or with anyone else in the club that evening. I have no idea why the gunman fired the weapon.

Immediately after the shooting, I and my friends exited the Soul Inn. I was later taken to Tallassee Community Hospital where I was treated in the emergency room and admitted. I was discharged from the Tallassee Community Hospital on November 11, 2005 and taken directly to Jackson Hospital in Montgomery where I was admitted and remained until November 19, 2005. I incurred medical expenses at Community Hospital of $30,182.96, and medical expenses at Jackson Hospital of $32,834.00. Copies of these

medical bills are attached hereto. In addition to these bills, I also incurred other medical expenses from doctors and other medical providers.

I make this Affidavit based upon my own personal knowledge.

_____
RONSHABUS GRIFFIN

SWORN TO AND SUBSCRIBED before me this 25th day of April, 2007.

_____
NOTARY PUBLIC

Susan D. Bice
Notary Public, Alabama State at Large
My commission expires March 24, 2010