IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

COLONY INSURANCE COMPANY    )
    )
    Plaintiff,    )
v.    )    CASE NO. 3:06-cv-555-MEF
    )
RONSHABUS GRIFFIN, *et al.,*    )
    )
    Defendants.    )

# O R D E R

Upon consideration of the defendant's Motion for Summary Judgment (Doc. #26) filed on April 25, 2007, it is hereby

ORDERED that the motion be submitted without oral argument on May 16, 2007.

It is further ORDERED that the plaintiff file a response which shall include a brief and any evidentiary materials on or before May 9, 2007. The defendant may file a reply brief on or before May 9, 2007.

***The parties are advised that if they electronically file exhibits in support of or in opposition to this motion and those exhibits total more than twenty-five (25) pages, they are required to submit a paper courtesy copy of the exhibits to the Chambers of the undersigned.***

DONE this 27th day of April, 2007.

                                   /s/ Mark E. Fuller          
                         CHIEF UNITED STATES DISTRICT JUDGE