# EXHIBIT
# 4





**TUSKEGEE POLICE DEPARTMENT**
1106 Notasulga Road
TUSKEGEE, AL 36083
PHONE: (334) 727-0200
FAX: (334) 724-1285

**LESTER C. PATRICK**
**CHIEF OF POLICE**

March 16, 2007

Jason Baird
Slaten & O'Connor, P.C.
105 Tallapoosa Street
Suite 101
Montgomery, AL 36104

Re:    **Ronshabus Griffin**
       **Case File:  0511159A**

Dear Mr. Baird,

I, Captain Michael T. Clements/ Custodian of Records for the Tuskegee Police Department, hereby certify that the enclosed documents are true and complete copies of documents maintained by the Record Division at the Tuskegee Police Department during regular business hours.

If we can assist you in the future, please feel free to contact us.

Thank you,

Michael Clements
Captain

Barbara Douglas
Commission Expires :  06/21/2010

" A COMMUNITY INVOLVED DEPARTMENT"

**EXHIBIT 4-1**

## ALABAMA UNIFORM INCIDENT/OFFENSE REPORT

| VICTIM SSN | COMPLAINANT SSN | ☐ INCIDENT ☑ OFFENSE ☐ SUPPLEMENT | 2 CASE # 05115 9 | 3 SFX A |
|---|---|---|---|---|

| 4 ORI # 0 4 6 0 1 0 0 | 5 DATE AND TIME OF THIS REPORT 1 1 0 6 0 5 12:30 ☑AM ☐PM ☐MIL | 6 AGENCY NAME Tuskegee Police Dept. | 7 SUPPLEMENT ORIGINAL OFFENSE DATE |
|---|---|---|---|

| 8 REPORTED BY, VICTIM OR Cpl Jennifer Jordan | 9 ADDRESS (STREET, CITY, STATE, ZIP) 1106 Notasulga Rd Tuskegee Al 36083 | 10 PHONE (334)727-0200 |
|---|---|---|

| 12 VICTIM (LAST, FIRST, MIDDLE NAME) Griffin, Renshabus | 12a 2 3 3 | 13 ADDRESS (STREET, CITY, STATE, ZIP) 110 Walchatahee Rd Tallasee Al 36078 | 14 PHONE (334) unk |
|---|---|---|---|

| 15 EMPLOYER/SCHOOL unknown | 16 OCCUPATION | | | | 18 PHONE ( ) |
|---|---|---|---|---|---|

| 19 ☐RESIDENT ☐NON-RESIDENT | 20 INJURY ☐Y ☑N | 21 RACE ☐W ☑B ☐H | 22 SEX ☑MALE ☐FEMALE | 23 HGT 6 2 | 24 WGT 208 | 25 DOB 1 1 1 0 1 8 0 | 26 AGE 24 | 27 WAS OFFENDER KNOWN TO VICTIM? ☐Y ☑N | 28 VICTIM WAS (EXPLAIN RELATIONSHIP) | 29 CODE |
|---|---|---|---|---|---|---|---|---|---|---|

| 30 TYPE INCIDENT OR OFFENSE Assault | ☑FEL ☐MISD. | 31 DEGREE (CIRCLE) ① 2 3 | 32 UCR CODE | STATE/LOCAL ORDINANCE 13A-6-20/87-7 |
|---|---|---|---|---|

| 34 TYPE INCIDENT OR OFFENSE | ☐FEL ☐MISD. | 35 DEGREE (CIRCLE) 1 2 3 | 36 UCR CODE | 37 STATE/LOCAL ORDINANCE |
|---|---|---|---|---|

**EVENT**

| 38 PLACE OF OCCURRENCE Soul Inn 1313 S. Church St. Tuskegee Al 36083 | 39 SECTOR - 1 - 1 - 1 - A |
|---|---|

| 40 POINT OF ENTRY ☐DOOR ☐ROOF ☐WINDOW ☐OTHER | 41 METHOD OF ENTRY ☐FORCIBLE ☐ATT. FORCIBLE ☐NO FORCE | 42 ASSAULT ☐SIMPLE ☑AGGR. | 43 TREATMENT FOR ASSAULT INJURY ☐Y ☑N |
|---|---|---|---|

| OCCURRED ON OR BETWEEN 51 TIME 1 1 0 6 0 5 11:00 ☐AM ☐PM ☑MIL | 46 S M T W T F ☒S | 47 LIGHTING ☐NATURAL ☐MOON ☑ART. EXT. ☑ART. INT. ☐UNK. | 48 WEATHER ☒CLEAR ☐CLOUDY ☐RAIN ☐FOG ☐SNOW ☐HAIL ☐UNK. | 49 PREMISE ☐HWY. — ST. — ALLEY ☐RAILROAD ☐RESIDENCE ☐CHURCH ☐SCHOOL ☐CONVENIENCE ☐INDUSTRIAL ☐SERVICE STA. ☐BANK ☐DRUG STORE ☐APT./TWN HSE. ☐SHOPPING CENTER ☐PARKING LOT ☐OTHER COMMER. ☒OTHER Night Club | 50 CODE |
|---|---|---|---|---|---|
| 52 TIME 1 1 0 6 0 5 12:00 ☐AM ☐PM ☑MIL | 53 S M T W T F S | | | | |

| 54 VERIFY FOR RAPE EXAM ☐Y ☐N | 55 TREAT. FOR RAPE INJURY ☐Y ☐N | 56 CIRCUMSTANCES Homicide & Assault LOCATION: RAPE | 57 CODE |
|---|---|---|---|

| 58 WEAPON USED ☐FIREARM ☐HANDS, FISTS, VOICE, ETC. ☐KNIFE ☐OTHER DANGEROUS | 59 DESCRIPTION OF WEAPONS/FIREARMS/TOOLS USED IN OFFENSE DESCRIBE: unknown | ☐HANDGUN ☐RIFLE ☐SHOTGUN ☑UNKNOWN |
|---|---|---|

**PROPERTY DESCRIPTION**

| 60 QUANTITY | 61 STOLEN, RECOVERED, LOST, FOUND, OR DESTROYED (INCLUDE MAKE, MODEL, SIZE, TYPE, SERIAL NUMBER, COLOR, ETC.) | 62 DOLLAR VALUE | | 63 RECOVERED | |
|---|---|---|---|---|---|
| | | STOLEN | DAMAGED | DATE | VALUE |
| | | | | | |

RECEIVED

NOV 0 7 2005

Tuskegee Police Department

☐ CONTINUED IN NARRATIVE

**DOLLAR VALUE**

| 64 MOTOR VEHICLE | 65 CURRENCY, NOTES | 66 JEWELRY | 67 CLOTHING/FURS | 68 FIREARMS | 69 OFFICE EQUIPMENT |
|---|---|---|---|---|---|
| S R D C | S R D C | S R D C | S R D C | S R D C | S R D C |

| 70 ELECTRONICS | 71 HOUSEHOLD | 72 CONSUMABLE GOODS | 73 LIVESTOCK | 74 MISCELLANEOUS |
|---|---|---|---|---|
| S R D C | S R D C | S R D C | S R D C | S R D C |

**VEHICLES**

| 75 CHECK CATAGORIES | ☐ STOLEN | ☐ RECOVERED | ☐ SUSPECTS VEH. | ☐ VICTIMS VEH. | ☐ UNAUTH. USE | ☐ ABANDONED |
|---|---|---|---|---|---|---|

| 76 # STOLEN | 77 LIC | 78 LIS. | 79 LIY | 80 TAG COLOR | 81 VIN |
|---|---|---|---|---|---|

| 82 VYR | 83 VMA | 84 VMO | 85 VST | 86 VCO: TOP: BOTTOM: | 87 ADDITIONAL DESCRIPTION |
|---|---|---|---|---|---|

| STOLEN MTR. VEH. ONLY | 88 AREA STOLEN ☐ BUS. ☐ RES. ☐ RUR. | 89 OWNERSHIP VERIFIED BY: ☐ TAG RECEIPT ☐ BILL OF SALE ☐ TITLE ☐ OTHER | | 90 WARRANT SIGNED |
|---|---|---|---|---|

| 91 AUTO INSURER NAME (COMPANY) ADDRESS (STREET, SITY, STATE, ZIP) | 92 PHONE ( ) |
|---|---|

| MOTOR VEH. RECOVERY ONLY RECOVERED OUT OF JURISDICTION CODE | 93 STOLEN IN YOUR JURISDICTION? ☐ WHERE? | 94 RECOVERED IN YOUR JURISDICTION? ☐ WHERE? |
|---|---|---|

TYPE OR PRINT IN BLACK INK

**EXHIBIT 4-2**

| INCIDENT/OFFENSE REPORT CONTINUED | 98 DATE AND TIME OF REPORT 11 06 05 12:30 | ☑AM ☐PM ☐MIL | 96 CASE # 05 11 | 97 SFX | 98 | ☑ OFFENDER ☐ SUSPECT ☐ MISSING PERSON | ☐ CHECK IF MULTIPLE |

| 99 NAME (LAST, FIRST, MIDDLE) unKnown | 100 NICKNAME/ALIAS | 101 RACE ☐W ☑A ☐H ☐B ☐I ☐O | 102 SEX ☐MALE ☐FEMALE | 103 DOB M D Y | 104 AGE |

| 105 ADDRESS (STREET, CITY, STATE, ZIP) | 106 HGT | 107 WGT | 108 EYE | 109 HAIR | 110 COMPLEXION |

| 111 PROBABLE DESTINATION | 112 ARMED? ☐Y ☐N ☐UNK. | 113 WEAPON |

| 114 CLOTHING | ☐ SCARS ☐ MARKS ☐ TATTOOS | 115 ☐ ARRESTED ☑ WANTED |

| 116 NAME (LAST, FIRST, MIDDLE) unKnown | 117 NICKNAME/ALIAS | 118 RACE ☐W ☑A ☐H ☐B ☐I ☐O | 119 SEX ☐MALE ☐FEMALE | 120 DOB M D Y | 121 AGE |

| 122 ADDRESS (STREET, CITY, STATE, ZIP) | 123 HGT | 124 WGT | 125 EYE | 126 HAIR | 127 COMPLEXION |

| 128 PROBABLE DESTINATION | 129 ARMED? ☐Y ☐N ☐UNK. | 130 WEAPON |

| 131 CLOTHING | ☐ SCARS ☐ MARKS ☐ TATTOOS | 132 ☐ ARRESTED ☑ WANTED |

**WITNESSES**

| 133 NAME (LAST, FIRST, MIDDLE) SEX, RACE, DOB | | 134 ADDRESS (STREET, CITY, STATE, ZIP) | 135 RES. PHONE | 136 BUS. PHONE |
|---|---|---|---|---|
| #1 unKnown | SEX ☐M ☐F M D Y | RACE ☐W ☐A ☐H ☐B ☐I ☐O | ( ) | ( ) |
| #2 | SEX ☐M ☐F M D Y | RACE ☐W ☐A ☐H ☐B ☐I ☐O | ( ) | ( ) |
| #3 | SEX ☐M ☐F M D Y | RACE ☐W ☐A ☐H ☐B ☐I ☐O | ( ) | ( ) |
| #4 | SEX ☐M ☐F M D Y | RACE ☐W ☐A ☐H ☐B ☐I ☐O | ( ) | ( ) |

| WITNESS #1 SSN | WITNESS #2 SSN | WITNESS #3 SSN | WITNESS #4 SSN |

**NARRATIVE**

137

I Cpl. Jennifer Jordan reported that Ms. A. Crayton (Tuskegee P.D. Communications Operator) was notified by Mr. Browning (Macon Co. SO. Communications Operator), that he dispatched a call to Deputy W. Lacy in reference to a black male (later identified as Konshabus Griffin) that was shot while inside of Soul Inn Night Club. It was also reported that Mr. Griffin was transported by personal vehicle to Tallassee Hospital. This report will be turned over to investigation.

| CONTINUED ON SUPPLEMENT? ☑ ☐ |
| ASSISTING AGENCY ORI | ASSISTING AGENCY CASE # | SFX |

I hereby affirm that I have read this report and that all information given by me is correct to the best of my knowledge. I will assume full responsibility for notifying this agency if any stolen property or missing person hereby reported is returned.

SIGNATURE

| 138 LOCAL USE |
| 139 STATE USE |

**ADMINISTRATION**

| MULTIPLE CASES CLOSED | 140 CASE # | 141 SFX | 142 CASE # | 143 SFX | 144 CASE # | 145 SFX | 146 ADDITIONAL CASES CLOSED NARRATIVE Y N |

| 147 CASE STATUS ☐ PENDING ☐ INACTIVE ☑ CLOSED ENTERED ACIC/NCIC DATE M D Y | 148 CASE DISPOSITION ☐ CLEARED BY ARREST (JUV.) ☑ CLEARED BY ARREST (ADULT) ☐ UNFOUNDED ☐ ADM. CLEARED | ☐ EXCEPTIONAL CLEARANCE: ☒ SUSPECT/OFFENDER DEAD ☒ OTHER PROSECUTION ☐ EXTRADITION DENIED ☐ LACK OF PROSECUTION ☒ JUVENILE, NO REFERRAL ☒ DEATH OF VICTIM | 149 REPORTING OFFICER ID # 614 |
| | | | 150 ASSISTING OFFICER ID # |
| | | | 151 SUPERVISOR APPROVAL ID # | 152 WATCH CMDR. 605 |

**EXHIBIT 4-3**

W A R R A N T

STATE OF ALABAMA          MACON COUNTY                    DISTRICT   COURT

AGENCY NUMBER: 04600000J

WARRANT NUMBER: WR 2005 000365.00
OTHER CASE NBR:                    .

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

YOU ARE HEREBY COMMANDED TO ARREST    JOHN BROWN    AND BRING
HIM/HER BEFORE THE DISTRICT   COURT OF MACON COUNTY TO ANSWER THE STATE
ON A CHARGE(S) OF:
              DISCHARGE GUN OCC BL   CLASS: B   TYPE: F   COUNTS: 001
AND HAVE YOU THEN AND THERE THIS WRIT WITH YOUR RETURN   THEREON.

YOU WILL RECEIVE UNTO YOUR CUSTODY AND DETAIN HIM/HER UNTIL THE
_____ DAY OF _____ _____, OR UNTIL LEGALLY DISCHARGED.

DATED THIS 14 DAY OF NOVEMBER, 2005.

BOND SET AT: (1)       $50,000.00   BOND TYPE:
             (2) _____
             (3) _____

JUDGE/CLERK/MAGISTRATE OF DISTRICT   COURT

---

CHARGES: DISCHARGE GUN OCC BL   13A-011-061(B)          F   FELONY

---

NAME: JOHN BROWN                        ALIAS:
ADDRESS: 10735 CO ROAD 10                 ALIAS:
ADDRESS:
CITY: TUSKEGEE            STATE: AL        ZIP: 36083 0000
                                          PHONE: 000 000 0000 EXT: 000

EMPLOYMENT:
DOB: 07/22/1985    RACE: B      SEX: M    HAIR: BLK
EYE: BRO  HEIGHT: 5'04"   WEIGHT: 175
SID: 000000000  SSN: 421218596  DL NUM:

---

E X E C U T I O N

     EXECUTED THE WITHIN WARRANT BY ARRESTING THE DEFENDANT AND

     (  )   PLACING DEFENDANT IN THE MACON COUNTY JAIL

     (  )   RELEASING DEFENDANT ON APPEARANCE BOND

_____

_____

THIS _____ DAY OF _____ _____

                              _____
                              SHERIFF

                              _____
                              BY

---

COMPLAINANT:   DET JAMES NELMS
               TUSKEGEE POLICE DEPT

               TUSKEGEE   AL   36083

OPERATOR: VEH       DATE: 11/14/2005

---

**EXHIBIT 4-4**

ALABAMA JUDICIAL INFORMATION SYSTEM

\* \* \* IN THE DISTRICT COURT OF MACON COUNTY \* \* \*

AGENCY NUMBER: 04600000J

WARRANT NUMBER: WR 2005 000365.00
OTHER CASE NBR:

C O M P L A I N T

BEFORE ME THE UNDERSIGNED JUDGE/CLERK/MAGISTRATE OF THE DISTRICT  COURT OF
MACON COUNTY, ALABAMA, PERSONALLY APPEARED    DET JAMES NELMS
WHO BEING DULY SWORN DEPOSES AND SAYS THAT HE/SHE HAS PROBABLE CAUSE FOR
BELIEVING, AND DOES BELIEVE THAT      JOHN BROWN                    DEFENDANT,
WHOSE NAME IS OTHERWISE UNKNOWN TO THE COMPLAINANT, DID WITHIN THE ABOVE
NAMED COUNTY AND

DID ON OR ABOUT_OCTOBER 6, 2005_____, UNLAWFULLY DISCHARGE, OR SHOOT A
FIREARM, EXPLOSIVE, OR OTHER WEAPON WHICH DISCHARGES A DANGEROUS
PROJECTILE, TO-WIT:_____9 MM HAND GUN, AND 380 CALIB_____,
INTO AN OCCUPIED DWELLING, BUILDING, RAILROAD LOCOMOTIVE, RAILROAD CAR,
AIRCRAFT, AUTOMOBILE, TRUCK OR WATERCRAFT, WHILE THE SAID__SOUL INN___
NIGHT CLUB_____,
WAS OCCUPIED BY___150 OR MORE PERSON (S)_____,
IN VIOLATION OF 13A-011-061(B)
                                              OF THE CODE OF ALABAMA,
AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA.

COMPLAINANT'S SIGNATURE

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE 14 DAY OF NOVEMBER, 2005.

JUDGE/CLERK/MAGISTRATE OF DISTRICT  COURT

CHARGES: DISCHARGE GUN OCC BL   13A-011-061(B)          F  FELONY

WITNESS FOR THE STATE

DET JAMES NELMS/TUSKEGEE POLICE DEPT/TUSKEGEE/36083

OPERATOR: VEH    DATE: 11/14/2005

**EXHIBIT 4-5**

## W A R R A N T

STATE OF ALABAMA   MACON COUNTY    DISTRICT    COURT

AGENCY NUMBER: 04600000J    WARRANT NUMBER: WR 2005 000366.00
            OTHER CASE NBR:

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

YOU ARE HEREBY COMMANDED TO ARREST JOHN BROWN AND BRING
HIM/HER BEFORE THE DISTRICT    COURT OF MACON COUNTY TO ANSWER THE STATE
 ON A CHARGE(S) OF:
      RECKLESS ENDANGERMEN CLASS: A TYPE: M  COUNTS: 001
AND HAVE YOU THEN AND THERE THIS WRIT WITH YOUR RETURN  THEREON.

YOU WILL RECEIVE UNTO YOUR CUSTODY AND DETAIN HIM/HER UNTIL THE
_____ DAY OF _____ _____, OR UNTIL LEGALLY DISCHARGED.

DATED THIS 14 DAY OF NOVEMBER, 2005.

BOND SET AT: (1)  $1,000.00 BOND TYPE:
    (2) _____
    (3) _____

JUDGE/CLERK/MAGISTRATE OF DISTRICT   COURT

-------------------------------------------------------------
CHARGES: RECKLESS ENDANGERMEN 13A-006-024  M  MISDEMEANOR
-------------------------------------------------------------

NAME: JOHN BROWN      ALIAS:
ADDRESS: 10735 CO ROAD 10    ALIAS:
ADDRESS:
CITY: TUSKEGEE    STATE: AL   ZIP: 36083 0000
             PHONE: 000 000 0000 EXT: 000

EMPLOYMENT:
DOB: 07/22/1985 RACE: B SEX: M HAIR: BLK
EYE: BRO  HEIGHT: 5'04"  WEIGHT: 175
SID: 000000000  SSN: 421218596  DL NUM:

-------------------------------------------------------------

### E X E C U T I O N

  EXECUTED THE WITHIN WARRANT BY ARRESTING THE DEFENDANT AND

  ( ✓ )  PLACING DEFENDANT IN THE MACON COUNTY JAIL

  ( )  RELEASING DEFENDANT ON APPEARANCE BOND

_____

THIS __2nd__ _____ DAY OF _May_ _____ _2006_ ___

     David Warren
     SHERIFF

     Det. Motly #205
     BY

-------------------------------------------------------------

COMPLAINANT:  DET JAMES NELMS
     TUSKEGEE POLICE DEPT

     TUSKEGEE  AL  36083

OPERATOR: VEH  DATE: 11/14/2005
-------------------------------------------------------------

**EXHIBIT 4-6**

```
                         W A R R A N T
 STATE OF ALABAMA            MACON COUNTY              DISTRICT   COURT

 AGENCY NUMBER: 04600000J            WARRANT NUMBER: WR 2005 000365.00
                                     OTHER CASE NBR:

 TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

 YOU ARE HEREBY COMMANDED TO ARREST    JOHN BROWN   AND BRING
 HIM/HER BEFORE THE DISTRICT  COURT OF MACON COUNTY TO ANSWER THE STATE
  ON A CHARGE(S) OF:
             DISCHARGE GUN OCC BL   CLASS: B  TYPE: F  COUNTS: 001
 AND HAVE YOU THEN AND THERE THIS WRIT WITH YOUR RETURN  THEREON.

 YOU WILL RECEIVE UNTO YOUR CUSTODY AND DETAIN HIM/HER UNTIL THE
 _____ DAY OF _____ _____, OR UNTIL LEGALLY DISCHARGED.

 DATED THIS 14 DAY OF NOVEMBER, 2005.

 BOND SET AT: (1)     $50,000.00  BOND TYPE:
              (2) _____
              (3) _____


 _____
 JUDGE/CLERK/MAGISTRATE OF DISTRICT  COURT
```

CHARGES: DISCHARGE GUN OCC BL   13A-011-061(B)       F   FELONY

```
 NAME: JOHN BROWN                 ALIAS:
 ADDRESS: 10735 CO ROAD 10        ALIAS:
 ADDRESS:
 CITY: TUSKEGEE          STATE: AL      ZIP: 36083 0000
                                        PHONE: 000 000 0000 EXT: 000

 EMPLOYMENT:
 DOB: 07/22/1985    RACE: B    SEX: M    HAIR: BLK
 EYE: BRO  HEIGHT: 5'04"   WEIGHT: 175
 SID: 000000000  SSN: 421218596  DL NUM:
```

```
                       E X E C U T I O N

       EXECUTED THE WITHIN WARRANT BY ARRESTING THE DEFENDANT AND

       ( ✓ )  PLACING DEFENDANT IN THE MACON COUNTY JAIL

       (   )  RELEASING DEFENDANT ON APPEARANCE BOND


 _____

 THIS  2nd          DAY OF  May                    2006
                    David Warren
                    SHERIFF

                    Sgt. Motley  #205
                    BY
```

```
 COMPLAINANT:  DET JAMES NELMS
               TUSKEGEE POLICE DEPT

               TUSKEGEE   AL   36083

 OPERATOR: VEH       DATE: 11/14/2005
```

**EXHIBIT 4-7**

```
W A R R A N T
```

STATE OF ALABAMA          MACON COUNTY                    DISTRICT   COURT

AGENCY NUMBER: 0460100                  WARRANT NUMBER: WR 2006 000125.00
                                        OTHER CASE NBR:              .

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

YOU ARE HEREBY COMMANDED TO ARREST    JOHN LEE BROWN   AND BRING
HIM/HER BEFORE THE DISTRICT  COURT OF MACON COUNTY TO ANSWER THE STATE
ON A CHARGE(S) OF:
                 INTIMIDATING A WITNE   CLASS: C TYPE: F  COUNTS: 001
AND HAVE YOU THEN AND THERE THIS WRIT WITH YOUR RETURN  THEREON.

YOU WILL RECEIVE UNTO YOUR CUSTODY AND DETAIN HIM/HER UNTIL THE
_____ DAY OF _____ _____ OR UNTIL LEGALLY DISCHARGED.

DATED THIS 14 DAY OF MARCH, 2006.

BOND SET AT: (1)      $2,000.00  BOND TYPE: *Bond set at $15,000*
             (2) _____
             (3) _____

*JUDGE/CLERK/MAGISTRATE OF DISTRICT   COURT*

---

CHARGES: INTIMIDATING A WITNE   13A-010-123          F  FELONY

---

NAME: JOHN LEE BROWN                    ALIAS:
ADDRESS: 10735 CO ROAD 10               ALIAS:
ADDRESS:
CITY: TUSKEGEE          STATE: AL       ZIP: 36083 0000
                                        PHONE: 000 000 0000 EXT: 000

EMPLOYMENT:
DOB: 07/22/1985    RACE: B    SEX: M    HAIR: BLK
EYE: BRO  HEIGHT: 5'06"   WEIGHT: 170
SID: 000000000  SSN: 421218596  DL NUM:

---

```
E X E C U T I O N
```

      EXECUTED THE WITHIN WARRANT BY ARRESTING THE DEFENDANT AND
   ( ✓ )  PLACING DEFENDANT IN THE MACON COUNTY JAIL
   (   )  RELEASING DEFENDANT ON APPEARANCE BOND

_____

THIS ___2nd___ DAY OF __May__ _____ ___2006___

                    *David Warren*
                SHERIFF _____

                *Sgt. Motley* #205
                BY _____

---

COMPLAINANT:  DET JAMES NELMS
              TUSKEGEE POLICE DEPT
              TUSKEGEE  AL  36083

OPERATOR: VEH     DATE: 03/14/2006

**EXHIBIT 4-8**

W A R R A N T

STATE OF ALABAMA          MACON COUNTY                    DISTRICT   COURT
AGENCY NUMBER: 0460100          WARRANT NUMBER: WR 2006 000124.00
                                OTHER CASE NBR:                .

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

YOU ARE HEREBY COMMANDED TO ARREST   JOHN LEE BROWN   AND BRING
HIM/HER BEFORE THE DISTRICT  COURT OF MACON COUNTY TO ANSWER THE STATE
ON A CHARGE(S) OF:
                    RECKLESS ENDANGERMEN   CLASS: A  TYPE: M  COUNTS: 001
AND HAVE YOU THEN AND THERE THIS WRIT WITH YOUR RETURN  THEREON.

YOU WILL RECEIVE UNTO YOUR CUSTODY AND DETAIN HIM/HER UNTIL THE
_____ DAY OF _____ , OR UNTIL LEGALLY DISCHARGED.

DATED THIS 14 DAY OF MARCH, 2006.

BOND SET AT: (1)          $500.00  BOND TYPE:
             (2)
             (3)

JUDGE/CLERK/MAGISTRATE OF DISTRICT  COURT

CHARGES: RECKLESS ENDANGERMEN 13A-006-024          M  MISDEMEANOR

NAME: JOHN LEE BROWN                 ALIAS:
ADDRESS: 10735 CO ROAD 10            ALIAS:
ADDRESS:
CITY: TUSKEGEE            STATE: AL   ZIP: 36083 0000
                                     PHONE: 000 000 0000 EXT: 000

EMPLOYMENT:
DOB: 07/22/1985   RACE: B    SEX: M    HAIR: BLK
EYE: BRO  HEIGHT: 5'06"  WEIGHT: 170
SID: 000000000  SSN: 421218596  DL NUM:

E X E C U T I O N

        EXECUTED THE WITHIN WARRANT BY ARRESTING THE DEFENDANT AND
    ( ✓ ) PLACING DEFENDANT IN THE MACON COUNTY JAIL
    (  )  RELEASING DEFENDANT ON APPEARANCE BOND

THIS __2nd__          DAY OF _May_____     _2006_

                      _David Warren_
                      SHERIFF

                      _Sgt. Motley_ #205
                  BY

COMPLAINANT:   DET JAMES NELMS
               TUSKEGEE POLICE DEPT
               TUSKEGEE  AL  36083

OPERATOR: VEH      DATE: 03/14/2006

**EXHIBIT 4-9**









**EXHIBIT 4-10**

TUSKEGEE POLICE DEPARTMENT

STATEMENT OF: Jessie Ferrell          DATE: 11-07-2005

1. On Saturday Nov 05, 2005 Me and two
2. of my friends Went to the Soul Inn Night
3. Club for Home Coming, While inside of the
4. Club John Brown Walked by Me and shook
5. my hand and Pull his shirt up about the
6. Same time to show me that he had
7. a gun. John Brown Walked to a Table
8. Where Travis Mccolough and about four
9. other guys Were standing. Then they walked
10. over to Where I was, trying to be funny
11. I Guess, then Travis Looked at Me Real
12. Hard. Then walked off I thought that
13. they had left the Club but they Went to
14. the bath Room Instead. I went to the
15. bathroom to USE It thats When I Saw
16. the same guys in the bath Room, While
17. on my way out my friend Johnny Walked
18. into the bath Room, I Remember Travis
19. saying When I walked into the bath Room
20. that the 380 was not big Enough and
21. he Needed a 45. After Travis Came

Jessie O. Ferll

11/7/05

**EXHIBIT 4-11**

TUSKEGEE POLICE DEPARTMENT

STATEMENT OF: JESSIE FERRELL    DATE: 11-07-2005

1. out of the bathroom and made the
2. statement to Johnny dont be motherfucking
3. walking be hind Me. Travis then pulled
4. a gun out and Cocked it, one of the
5. Rounds hit the floor, Johnny stated to
6. Travis you might Need that one Later on.
7. Travis Grabbed me and I snatched away
8. from him, My friend Johnny Ran and
9. John Brown Ran behind him Shooting.
10. Travis Starting Shooting inside the Club
11. thats When I Ran.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.

**EXHIBIT 4-12**

Jessie O. Ferrell
11-17-05

INTERVIEW SHEET

# TUSKEGEE POLICE DEPARTMENT

Page 1 of pages

| 1.Name (Last, First Middle) | | | | | | 2.File Number | |
|---|---|---|---|---|---|---|---|
| FERRELL JESSIE | | | | | | | |

| 3.Alias(es)/Nicknames(s) | 4.Date | Su  T  Th  S | Time | 5.Place of Interview |
|---|---|---|---|---|
| | 11-07-2005 | (M) W  F | 12:00 PM | Tuskegee P.D. |

| 6.Home Address | 7.Home Phone |
|---|---|
| 3800 OID Columbus RD Lot #19 Tuskegee Ala 36083 | 334-724-9888 |

| 8.Name and Address of Employer | 9.Business Phone |
|---|---|
| Herbinger Hydraulics | 334-826-8300 |

| 10.Race | 11.Sex | 12.D.O.B. | 13.P.O.B. | 14.SOC | 15.DLN | 16. State |
|---|---|---|---|---|---|---|
| B | M | 10-30-83 | Tuskegee | 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 | | |

| 17.HGT | 18.WGT | 19.Hair | 20.Eyes | 21.Scars,Marks, Tattoos, Amputations |
|---|---|---|---|---|
| 6'0 | 155 | BlK | Bro | |

| 22.Veh Yr | 23.Make | 19.Model | 25.Color | 26.VIN | 27.License | 28.State |
|---|---|---|---|---|---|---|
| | | | | | | |

29. Statement

SEE Attached

| 30. ACJIC/NCIC Check | 31. Finger Printed  Yes[__]  No [✓]  By What Agency: |
|---|---|
| Yes[__]  No [✓] | Photographed    Yes[__]  No [✓]  By What Agency: |

| 32. Suspect  Victim  Witness | 33. Date Ended    Time Ended | 34. Interview Conducted By: |
|---|---|---|
| [__]  [__]  [✓] | 11-07-2005   12²⁹ AM PM | Cpl James Nelms |

May 7, 1998  LS/PJF

**EXHIBIT 4-13**

INTERVIEW SHEET

# TUSKEGEE POLICE DEPARTMENT

Page  1  of        pages

| 1. Name (Last, First Middle) | | | | | 2. File Number |
|---|---|---|---|---|---|
| Griffin   Ronshabus   DeunHae | | | | | |

| 3. Alias(es)/Nicknames(s) | 4. Date | Su  Th  S   Time | 5. Place of Interview |
|---|---|---|---|
| | 11-29-2005 | M  W  F | |

| 6. Home Address | 7. Home Phone |
|---|---|
| 110 WaLahatachee RD Tallassee ALa 36078 | 334-283-3913 |

| 8. Name and Address of Employer | 9. Business Phone |
|---|---|
| Russell | 334-514-2300 |

| 10. Race | 11. Sex | 12. D.O.B. | 13. P.O.B. | 14. SOC | 15. DLN | 16. State |
|---|---|---|---|---|---|---|
| B | M | 11-10-1980 | Tallassee | 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 | | |

| 17. HGT | 18. WGT | 19. Hair | 20. Eyes | 21. Scars, Marks, Tattoos, Amputations | | |
|---|---|---|---|---|---|---|
| 6'3 | 190 | Blk | Bro | | | |

| 22. Veh Yr | 23. Make | 19. Model | 25. Color | 26. VIN | 27. License | 28. State |
|---|---|---|---|---|---|---|
| | | | | | | |

29. Statement

SEE  Attached


CELL# 415-9025   Mother
       415-8721   Father
       415-9016   Victim

| 30. ACJIC/NCIC Check | 31. Finger Printed  Yes[__]  No[✓]  By What Agency: |
|---|---|
| Yes[__]  No[✓] | Photographed  Yes[__]  No[✓]  By What Agency: |

| 32. Suspect | Victim | Witness | 33. Date Ended   Time Ended | 34. Interview Conducted By: |
|---|---|---|---|---|
| [__] | [✓] | [__] | 11-29-2005   10:30 PM | CPL James Nelms |

May 7, 1998  LS/pjr

**EXHIBIT 4-14**

TUSKEGEE POLICE DEPARTMENT

STATEMENT OF: Ronshabus Griffin DATE: 11-29-2005

1. Some time on November 06, 2005
2. Me and my friends went to the
3. Soul Inn Night Club. I Remember that
4. it Was After two oclock in the Morning.
5. My friend went the bar and
6. bought a six pack of Beer and
7. After that some one Started Shooting
8. on the inside of the club back
9. towards the Bar Every body got down
10. on the floor. Once People started getting
11. back up the shooting started again. I
12. got hit the first time the shooting
13. started. my friends took me to the
14. hospital in Tallassee Ala. Thats
15. All I Remember about this Incident.
16.
17.
18.
19.
20.
21.

**EXHIBIT 4-15**

INTERVIEW SHEET

# TUSKEGEE POLICE DEPARTMENT

Page   1   of         pages

| 1.Name (Last, First Middle) | | | | | | 2.File Number | | |
|---|---|---|---|---|---|---|---|---|
| Whitfield  John  Nigal | | | | | | | | |
| 3.Alias(es)/Nicknames(s) | | 4.Date | Su  T  Th  S | Time | | 5.Place of Interview | | |
| N/A | | 11-07-2005 | Ⓜ  W  F | 12:05pm | | Tuskegee Police Dept. | | |
| 5.Home Address | | | | | | 7.Home Phone | | |
| 1304 Auburn St Tuskegee, Al  36083 | | | | | | (334) 727-9744 / 372-2315 | | |
| 8.Name and Address of Employer | | | | | | 9.Business Phone | | |
| Harbinger Hydralics /Auburn, Al. | | | | | | (334) | | |
| 10.Race | 11.Sex | 12.D.O.B. | 13.P.O.B. | | 14.SCC | 15.DLN | | 16. State |
| B | M | 08-21-81 | Macon County | | 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 | N/A | | |
| 17.HGT | 18.WGT | 19.Hair | 20.Eyes | | 21.Scars, Marks, Tattoos, Amputations | | | |
| 5'9 | 145 | BlK | Bro | | N/A | | | |
| 22.Veh Yr | 23.Make | 19.Model | 25.Color | | 26.VIN | | 27.License | 28.State |
| | | | | | | | | |

29. Statement

On Nov 5 2005 at the soul inn club John Brown and some of his friends brought guns into the club we warn security but there wasn't ~~a search~~ Later ~~into club me and my partner~~ ~~went into the bathroom~~ John Brown and his friends walk into the bathroom ~~cocking there pistol saying~~ another search done. Later that night we walks into the bathroom John Brown and friend walks in pistol cock and aiming. Me and my partner turn to run John Brown and friends open up fire as I ran for safety. I can recognized John Brown and friends if necessary. (In of statement)

(Nothing Follows)  John Whitfield

| 30. ACJIC/NCIC Check Yes[_] No[✓] | 31. Finger Printed  Yes[_] No[✓]  By What Agency: | |
| | Photographed  Yes[_] No[✓]  By What Agency: | |
| 32. Suspect  Victim  Witness [_]  ·[_]  ·[✓] | 33. Date Ended   Time Ended          AM  11-07-2005                   PM | 34. Interview Conducted By:  ABI Agent David Love |

May 7, 1998  LS/PJF

**EXHIBIT 4-16**

W A R R A N T

STATE OF ALABAMA

MACON COUNTY

DISTRICT   COURT

AGENCY NUMBER: 0460000J

WARRANT NUMBER: WR 2005 000367.00
OTHER CASE NBR:

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

YOU ARE HEREBY COMMANDED TO ARREST      TRAVIS MCLLOUGH     AND BRING
HIM/HER BEFORE THE DISTRICT    COURT OF MACON COUNTY TO ANSWER THE STATE
ON A CHARGE(S) OF:
            DISCHARGE GUN OCC BL   CLASS: B  TYPE: F  COUNTS: 001
AND HAVE YOU THEN AND THERE THIS WRIT WITH YOUR RETURN   THEREON.

YOU WILL RECEIVE UNTO YOUR CUSTODY AND DETAIN HIM/HER UNTIL THE
_____ DAY OF _____ _____, OR UNTIL LEGALLY DISCHARGED.

DATED THIS 14 DAY OF NOVEMBER, 2005.

BOND SET AT: (1)         50,000.00 ⁰⁰/#  BOND TYPE:
             (2)
             (3)

_____
JUDGE/CLERK/MAGISTRATE OF DISTRICT   COURT

---

CHARGES: DISCHARGE GUN OCC BL  13A-011-061(B)              F  FELONY

---

NAME: TRAVIS MCLLOUGH
ADDRESS: 1081 HIGHWAY 199                ALIAS:
ADDRESS:                                ALIAS:
CITY: TUSKEGEE          STATE: AL       ZIP: 36083  0000
                                        PHONE: 000 000 0000 EXT: 000

EMPLOYMENT:
DOB: 05/06/1985   RACE: B     SEX: M    HAIR: BLK
EYE: BRO  HEIGHT: 5'05"   WEIGHT: 125
SID: 000000000   SSN: 423216051  DL NUM:

---

E X E C U T I O N

EXECUTED THE WITHIN WARRANT BY ARRESTING THE DEFENDANT AND

(  )   PLACING DEFENDANT IN THE MACON COUNTY JAIL

(  )   RELEASING DEFENDANT ON APPEARANCE BOND

_____

_____

THIS _____ DAY OF _____ _____

                         _____
                         SHERIFF

                         _____
                         BY

---

COMPLAINANT:   DET JAMES NELMS
               TUSKEGEE POLICE DEPT

               TUSKEGEE  AL  36083

OPERATOR: VEH       DATE: 11/14/2005

**EXHIBIT 4-17**

ALABAMA JUDICIAL INFORMATION SYSTEM

* * * IN THE DISTRICT COURT OF MACON COUNTY * * *

AGENCY NUMBER: 0460000J

WARRANT NUMBER: WR 2005 000367.00
OTHER CASE NBR:

C O M P L A I N T

BEFORE ME THE UNDERSIGNED JUDGE/CLERK/MAGISTRATE OF THE DISTRICT  COURT OF
MACON COUNTY, ALABAMA, PERSONALLY APPEARED   DET JAMES NELMS
WHO BEING DULY SWORN DEPOSES AND SAYS THAT HE/SHE HAS PROBABLE CAUSE FOR
BELIEVING, AND DOES BELIEVE THAT    TRAVIS MCLLOUGH
WHOSE NAME IS OTHERWISE UNKNOWN TO THE COMPLAINANT, DID WITHIN THE ABOVE              DEFENDANT,
NAMED COUNTY AND

DID ON OR ABOUT_NOVEMBER 6, 2005_____, UNLAWFULLY DISCHARGE, OR SHOOT A
FIREARM, EXPLOSIVE, OR OTHER WEAPON WHICH DISCHARGES A DANGEROUS
PROJECTILE, TO-WIT:_____1 9MM HAND GUN AND 380 CALIB _____
INTO AN OCCUPIED DWELLING, BUILDING, RAILROAD LOCOMOTIVE, RAILROAD CAR,
AIRCRAFT, AUTOMOBILE, TRUCK OR WATERCRAFT, WHILE THE SAID__SOUL INN____
NIGHT CLUB_____,
WAS OCCUPIED BY___150 OR MORE PERSON(S)_____,
IN VIOLATION OF 13A-011-061(B)
AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA,         OF THE CODE OF ALABAMA,

_____
COMPLAINANT'S SIGNATURE

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE 14 DAY OF NOVEMBER, 2005.

_____
JUDGE/CLERK/MAGISTRATE OF DISTRICT  COURT

CHARGES: DISCHARGE GUN OCC BL  13A-011-061(B)            F  FELONY

WITNESS FOR THE STATE

DET JAMES NELMS/TUSKEGEE POLICE DEPT/TUSKEGEE/36083

OPERATOR: VEH     DATE: 11/14/2005

**EXHIBIT 4-18**

W A R R A N T

STATE OF ALABAMA

MACON COUNTY

DISTRICT    COURT

AGENCY NUMBER: 04600000J

WARRANT NUMBER: WR 2005 000366.00
OTHER CASE NBR:

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

YOU ARE HEREBY COMMANDED TO ARREST     JOHN BROWN    AND BRING
HIM/HER BEFORE THE DISTRICT COURT OF MACON COUNTY TO ANSWER THE STATE
ON A CHARGE(S) OF:
          RECKLESS ENDANGERMEN    CLASS: A  TYPE: M  COUNTS: 001
AND HAVE YOU THEN AND THERE THIS WRIT WITH YOUR RETURN   THEREON.

YOU WILL RECEIVE UNTO YOUR CUSTODY AND DETAIN HIM/HER UNTIL THE
_____ DAY OF _____ _____, OR UNTIL LEGALLY DISCHARGED.

DATED THIS 14 DAY OF NOVEMBER, 2005.

BOND SET AT: (1)          $1,000.00    BOND TYPE:
             (2)
             (3)

_____
JUDGE/CLERK/MAGISTRATE OF DISTRICT COURT

---

CHARGES: RECKLESS ENDANGERMEN  13A-006-024           M MISDEMEANOR

NAME: JOHN BROWN
ADDRESS: 10735 CO ROAD 10              ALIAS:
ADDRESS:                               ALIAS:
CITY: TUSKEGEE          STATE: AL
                                       ZIP: 36083 0000
                                       PHONE: 000 000 0000 EXT: 000

EMPLOYMENT:
DOB: 07/22/1985    RACE: B    SEX: M    HAIR: BLK
EYE: BRO  HEIGHT: 5'04"   WEIGHT: 175
SID: 000000000  SSN: 421218596  DL NUM:

---

E X E C U T I O N

EXECUTED THE WITHIN WARRANT BY ARRESTING THE DEFENDANT AND

(  )   PLACING DEFENDANT IN THE MACON COUNTY JAIL

(  )   RELEASING DEFENDANT ON APPEARANCE BOND

_____

_____

THIS _____ DAY OF _____ _____

                              _____
                              SHERIFF

                              _____
                              BY

---

COMPLAINANT:  DET JAMES NELMS
              TUSKEGEE POLICE DEPT
              TUSKEGEE   AL   36083

OPERATOR: VEH      DATE: 11/14/2005

**EXHIBIT 4-19**

ALABAMA JUDICIAL INFORMATION SYSTEM

* * * IN THE DISTRICT COURT OF MACON COUNTY * * *

AGENCY NUMBER: 04600000J

WARRANT NUMBER: WR 2005 000366.00
OTHER CASE NBR:

C O M P L A I N T

BEFORE ME THE UNDERSIGNED JUDGE/CLERK/MAGISTRATE OF THE DISTRICT   COURT OF MACON COUNTY, ALABAMA, PERSONALLY APPEARED    DET JAMES NELMS WHO BEING DULY SWORN DEPOSES AND SAYS THAT HE/SHE HAS PROBABLE CAUSE FOR BELIEVING, AND DOES BELIEVE THAT    JOHN BROWN                         DEFENDANT, WHOSE NAME IS OTHERWISE UNKNOWN TO THE COMPLAINANT, DID WITHIN THE ABOVE NAMED COUNTY AND

DID ON OR ABOUT _NOVEMBER 6, 2005__, RECKLESSLY ENGAGE IN CONDUCT BY _____ SHOOTING INSIDE SOUL INN CLUB_____ WHICH CREATED A SUBSTANTIAL RISK OF SERIOUS PHYSICAL INJURY TO JOHNNY_____ WHITFIELD._____,
IN VIOLATION OF 13A-006-024                              OF THE CODE OF ALABAMA, AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA.


_____
COMPLAINANT'S SIGNATURE


SWORN TO AND SUBSCRIBED BEFORE ME THIS THE 14 DAY OF NOVEMBER, 2005.

_____
JUDGE/CLERK/MAGISTRATE OF DISTRICT COURT

CHARGES: RECKLESS ENDANGERMEN  13A-006-024              M  MISDEMEANOR

WITNESS FOR THE STATE

DET JAMES NELMS/TUSKEGEE POLICE DEPT/TUSKEGEE/36083

_____
_____
_____
_____
_____

OPERATOR: VEH      DATE: 11/14/2005

**EXHIBIT 4-20**

# W A R R A N T

STATE OF ALABAMA                MACON COUNTY                              DISTRICT    COURT

AGENCY NUMBER: 0460000J

WARRANT NUMBER: WR 2005 000368.00
OTHER CASE NBR:

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

YOU ARE HEREBY COMMANDED TO ARREST    TRAVIS MCLLOUGH    AND BRING
HIM/HER BEFORE THE DISTRICT COURT OF MACON COUNTY TO ANSWER THE STATE
ON A CHARGE(S) OF:
            RECKLESS ENDANGERMEN    CLASS: A  TYPE: M  COUNTS: 001
AND HAVE YOU THEN AND THERE THIS WRIT WITH YOUR RETURN THEREON.

YOU WILL RECEIVE UNTO YOUR CUSTODY AND DETAIN HIM/HER UNTIL THE
_____ DAY OF _____ _____, OR UNTIL LEGALLY DISCHARGED.

DATED THIS 14 DAY OF NOVEMBER, 2005.

BOND SET AT: (1)        $1,000.00    BOND TYPE:
             (2)
             (3)

_____
(JUDGE/CLERK) MAGISTRATE OF DISTRICT  COURT

---

CHARGES: RECKLESS ENDANGERMEN  13A-006-024                    M  MISDEMEANOR

NAME: TRAVIS MCLLOUGH
ADDRESS: 1081 HIGHWAY 199                ALIAS:
ADDRESS:                                 ALIAS:
CITY: TUSKEGEE              STATE: AL      ZIP: 36083 0000
                                          PHONE: 000 000 0000 EXT: 000

EMPLOYMENT:
DOB: 05/06/1985    RACE: B    SEX: M    HAIR: BLK
EYE: BRO  HEIGHT: 5'05"   WEIGHT: 125
SID: 000000000  SSN: 423216051  DL NUM:

---

# E X E C U T I O N

EXECUTED THE WITHIN WARRANT BY ARRESTING THE DEFENDANT AND

( )  PLACING DEFENDANT IN THE MACON COUNTY JAIL

( )  RELEASING DEFENDANT ON APPEARANCE BOND

_____

_____

THIS _____ DAY OF _____ _____

                              _____
                              SHERIFF

                              _____
                              BY

---

COMPLAINANT:  DET JAMES NELMS
              TUSKEGEE POLICE DEPT

              TUSKEGEE  AL  36083

OPERATOR: VEH        DATE: 11/14/2005

---

**EXHIBIT 4-21**

ALABAMA JUDICIAL INFORMATION SYSTEM

* * * IN THE DISTRICT COURT OF MACON COUNTY * * *

AGENCY NUMBER: 0460000J                    WARRANT NUMBER: WR 2005 000368.00
                                           OTHER CASE NBR:

C O M P L A I N T

BEFORE ME THE UNDERSIGNED JUDGE/CLERK/MAGISTRATE OF THE DISTRICT  COURT OF
MACON COUNTY, ALABAMA, PERSONALLY APPEARED    DET JAMES NELMS
WHO BEING DULY SWORN DEPOSES AND SAYS THAT HE/SHE HAS PROBABLE CAUSE FOR
BELIEVING, AND DOES BELIEVE THAT     TRAVIS MCLLOUGH                  DEFENDANT,
WHOSE NAME IS OTHERWISE UNKNOWN TO THE COMPLAINANT, DID WITHIN THE ABOVE
NAMED COUNTY AND

DID ON OR ABOUT OCTOBER 6, 2005 RECKLESSLY ENGAGE IN CONDUCT BY _____
SHOOTING INSIDE THE SOUL INN AT JESSIE FERRELL
WHICH CREATED A SUBSTANTIAL RISK OF SERIOUS PHYSICAL INJURY TO _JESSIE_____
FERRELL AND OTHERS INSIDE THE CLUB.
IN VIOLATION OF 13A-006-024
                                                      OF THE CODE OF ALABAMA,
AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA.

_____
COMPLAINANT'S SIGNATURE

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE 14 DAY OF NOVEMBER, 2005.

_____
JUDGE/CLERK/MAGISTRATE OF DISTRICT   COURT

CHARGES: RECKLESS ENDANGERMEN  13A-006-024          M  MISDEMEANOR

WITNESS FOR THE STATE

DET JAMES NELMS/TUSKEGEE POLICE DEPT/TUSKEGEE/36083

OPERATOR: VEH    DATE: 11/14/2005

**EXHIBIT 4-22**

GRAND JURY SUMMONS—ORIGINAL

No. G J # 51-60

**The State of Alabama, Macon County**

To Any Lawful Officer of the State of Alabama—GREETING:

You are hereby commanded to summon

James Nelms

T.P.D.

to appear before the Grand Jury of said

County, at Tuskegee, the 8th day of August, 2006

at 2:40 o'clock P. M. and there remain from day to day, until discharged, to give evidence in a matter now before them and to answer as to any crime within his knowledge. Herein fail not.

This the 18th day of July, 2006

EDDIE D. MALLARD, Circuit Clerk.

Executed by leaving a copy of this summons with the above named person.

Witness my hand this 20th day of July, 2006

David M. Warren, Sheriff.

By _____ Deputy Sheriff.

---

*McCullough James*

GRAND JURY SUMMONS—ORIGINAL

No. G J # 51-56

**The State of Alabama, Macon County**

To Any Lawful Officer of the State of Alabama—GREETING:

You are hereby commanded to summon

James Nelms

T.P.D.

to appear before the Grand Jury of said

County, at Tuskegee, the 8th day of August, 2006

at 2:30 o'clock P. M. and there remain from day to day, until discharged, to give evidence in a matter now before them and to answer as to any crime within his knowledge. Herein fail not.

This the 18th day of July, 2006

EDDIE D. MALLARD, Circuit Clerk.

Executed by leaving a copy of this summons with the above named person.

Witness my hand this 20th day of July, 2006

David M. Warren, Sheriff.

By _____ Deputy Sheriff.

---

*Nichols, James*

GRAND JURY SUMMONS—ORIGINAL

No. G J # 61-68

**The State of Alabama, Macon County**

To Any Lawful Officer of the State of Alabama—GREETING:

You are hereby commanded to summon

James Nelms

T.P.D.

to appear before the Grand Jury of said

County, at Tuskegee, the 8th day of August, 2006

at 4:10 o'clock P. M. and there remain from day to day, until discharged, to give evidence in a matter now before them and to answer as to any crime within his knowledge. Herein fail not.

This the 18th day of July, 2006

DIE D. MALLARD, Circuit Clerk.

ecuted by leaving a copy of this summons with the above named person.

tness my hand this 20th day of July, 2006

David M. Warren, Sheriff.

By _____ Deputy Sheriff.

**EXHIBIT 4-23**