# EXHIBIT 5

# ALABAMA SJIS CC/DC CASE DETAIL


alacourt.com

**Company Name: SLATEN & O'CONNOR, P.C.**    **PREPARED FOR: STEPHANIE TURNER**

County: 46    Case Number: **CC-2006-000118.00**    Charge **RECK**
Name: **BROWN JOHN**

## Case

### Case Information
| | | | |
|---|---|---|---|
| County: 46 - MACON | Case Number: CC-2006-000118.00 | JID: XXX ASSIGNED JUDGE | DEF status: B Bond |
| Filed: 09/07/2006 | AAGCY: C County | Muni N°: 00 | City: |
| Arrest date: 09/07/2006 | Offe date: | ORI: 046015J | Officer: |
| Indict date: 08/25/2006 | Grand jury: 60,209 | Atty 1: MCI014A | Ticket N°: 04600000J |
| Tracking N°'s: 0/0/0 | | | |
| Date: 04/16/2007 | Que: 001 | Time: 09:00 AM  Desc: JTRL   T | |

### Defendant Information
| | | | |
|---|---|---|---|
| Name: BROWN JOHN | Alias 1: | Alias 2: | |
| DOB: 07/22/1985 | SSN: XXX-XX-8596 | Driv License N°: AL | |
| Height: 5'04" | Weight: 175 | Race/Sex: Black /M | Eyes/Hair: BRO/BLK |
| SID: AL0 | YDate: | AIS: 000000 | PR: 2006 020610 |
| Address 1: 10735 CO ROAD 10 | | Address 2: | |
| Zip: 36083 | City: TUSKEGEE | State: AL | Country: US |

### Prosecutor & Atty Info
| | | |
|---|---|---|
| Prosecutor: | Attorney 1: MCI014 A | Attorney 2: |
| Prosecutor Flag: N | Attorney 1 Flag: Y | Attorney 2 Flag: |

### Warrant Information
| | | |
|---|---|---|
| Warrant Date: -- | WARAC -- | WARLOC: -- |
| BP ISS: | BP RTN: | |

### Charges
| | | | | |
|---|---|---|---|---|
| 1. Crime co: RECK | Statute: RECKLESS ENDANGERMENT | Stat Name: 13A-006-024 | Class/Categ: M PE | Counts: 1 |
| 2. Crime co: ASS1 | Statute: ASSAULT 1ST DEGREE | Stat Name: 13A-006-020 | Class/Categ: F B | Counts: 1 |
| 3. Crime co: | Statute: | Stat Name: | Class/Categ: | Counts: |
| More: N | Dom Viol: N | Case Type: M | Case Categ: PE | |
| Comment: | | | | |

### Bonding Information
| | | |
|---|---|---|
| Bond amt: 25000.00 | Bond type: | Bond co: |
| Rel Date: 09/07/2006 | Surety: | CWIT: |
| Jury Demand: | | Appeal Date: |

## Settings

### Setting Dates
| | Date: | Que: | Time: | Description: |
|---|---|---|---|---|
| 1: | 04/16/2007 | 001 | 09:00 AM | JTRL -    T |
| 2: | | | | - |
| 3: | | | | - |
| 4: | 03/28/2007 | 001 | 09:00 AM | PLEA - PLEA DOCKET |

**EXHIBIT 5-1**

### Disposition

**Disposition**

| | | | |
|---|---|---|---|
| CRT ACT: | CA date: | Jury: | More: N |
| Charge 1: | | Counts: | CA: |
| Charge 2: | | Counts: | CA: |
| Charge 3: | | Counts: | CA: |
| Admin: | Why: | TBNV1: | TBNV2: |
| Appeal: | CAPP: | Type: | GJCA: |
| Cont Dt: | Why: | Cont N°: 0 | Dom Viol: N |
| Comment: | | | |
| Case Compl: N | Sent Prov: N | Due: | |
| Warr: 0 | SUBP: 0 | Updated: 04/04/2007 | |

### Sentence

**Sentence**

| | | | |
|---|---|---|---|
| Sent: | Begin: | End | PRB Beg: |
| IMP CONF: | SUSP CONF: | Total Conf: | Jail Cred: |
| LICN Susp: | Probation: | PRB Rev: | |

**Monetary**

**Confine**

**Programs**

**Enhanced**

SEC/CUR:
Comment:
Bal Due:       Due:        CRO:        Updated:

**EXHIBIT 5-2**

© Alacourt.com   5/1/2007        3

## Case Action Summary - 46CC200600011800

| Date: | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 09/12/2006 | 11:59:00 | DAT1 | SET FOR: ARRAIGNMENT ON 09/25/2006 AT 0900A(AR01) | VEH |
| 09/12/2006 | 11:59:00 | BOND | BOND SET AT: $25000.00         (AR01) | VEH |
| 09/12/2006 | 11:59:00 | ATY1 | ATTORNEY FOR DEFENDANT: MCINTYRE T ROBIN   (AR01) | VEH |
| 09/12/2006 | 11:59:00 | REDT | DEFENDANT RELEASED FROM JAIL: 09/07/2006   (AR01) | VEH |
| 09/12/2006 | 11:59:00 | STAT | INITIAL STATUS SET TO: "B" - BOND         (AR01) | VEH |
| 09/12/2006 | 11:59:00 | FILE | CHARGE 01: RECKLESS ENDANGERMEN/#CNTS: 001  (AR01) | VEH |
| 09/12/2006 | 11:59:00 | FILE | CHARGE 02: ASSAULT 1ST DEGREE/#CNTS: 001   (AR01) | VEH |
| 09/12/2006 | 11:59:00 | FILE | FILED ON: 09/07/2006          (AR01) | VEH |
| 09/12/2006 | 11:59:00 | ARRS | DEFENDANT ARRESTED ON: 09/07/2006     (AR01) | VEH |
| 09/12/2006 | 12:04:38 | DAT2 | SET FOR: PLEA DOCKET ON 09/26/2006 AT 0900A (AR10) | VEH |
| 09/12/2006 | 12:05:02 | INDT | DEFENDANT INDICTED ON: 08/25/2006     (AR01) | VEH |
| 09/12/2006 | 12:18:52 | TEXT | INDICTMENT FILED | VEH |
| 09/12/2006 | 12:19:25 | CASU | CASE ACTION SUMMARY PRINTED        (AR08) | VEH |
| 09/12/2006 | 3:45:25 | DOC1 | DOCKET DATE NOTICE    SENT TO DEF ATTY 1 (AR09) | VEH |
| 09/14/2006 | 12:00:00 | DOCK | NOTICE SENT: 09/14/2006 BROWN JOHN | VEH |
| 09/14/2006 | 12:00:00 | DOCK | NOTICE SENT: 09/14/2006 MCINTYRE T ROBIN | VEH |
| 09/25/2006 | 12:22:12 | TEXT | APPLICATION FOR YOUTHFUL OFFENDER STATUS AND | VEH |
| 09/25/2006 | 12:22:13 | TEXT | ORDER OF INVESTIGATION | VEH |
| 09/25/2006 | 2:20:32 | DAT3 | SET FOR: YO APPLICATION/HEA ON 10/16/2006 AT 0900A | VEH |
| 11/14/2006 | 11:54:16 | DAT4 | SET FOR: YO APPLICATION/HEA ON 12/12/2006 AT 0900A | VEH |
| 11/14/2006 | 11:54:41 | DOC4 | DOCKET DATE NOTICE    SENT TO DEF ATTY 1 (AR09) | VEH |
| 12/12/2006 | 2:10:35 | TEXT | PLEA OF NOT GUILTY AND WAIVER OF ARRAIGNMENT | VEH |
| 03/02/2007 | 11:15:00 | DAT4 | CASE SET ON 03/28/2007 | VEH |
| 03/02/2007 | 11:15:01 | NOTF | NOTICE FLAG SET TO: N | VEH |
| 03/15/2007 | 2:28:19 | DOCK | NOTICE SENT: 03/15/2007 MCINTYRE T ROBIN | VEH |
| 04/04/2007 | 3:28:04 | DOCK | NOTICE SENT: 04/04/2007 MCINTYRE T ROBIN | VEH |
| 04/04/2007 | 9:28:36 | DAT1 | SET FOR:   ON 04/16/2007 AT 0900A     (AR10) | VEH |

*END OF THE REPORT*

**EXHIBIT 5-3**