# EXHIBIT 6

## ALABAMA SJIS CC/DC CASE DETAIL

**Company Name: SLATEN & O'CONNOR, P.C.**     **PREPARED FOR: STEPHANIE TURNER**


alacourt.com

County: 46     Case Number: CC-2006-000141.00     Charge     RECK
Name: MCCULLOUGH TRAVIS

### Case

#### Case Information
| | | | |
|---|---|---|---|
| County: 46 - MACON | Case Number: CC-2006-000141.00 | JID: XXX ASSIGNED JUDGE | DEF status: J Jail |
| Filed: 10/13/2006 | AAGCY: C County | Muni N°: 00 | City: |
| Arrest date: 10/11/2006 | Offe date: | ORI: 046015J | Officer: KNOWLES |
| Indict date: 08/25/2006 | Grand jury: 59,208 | Atty 1: MCI014A | Ticket N°: |
| Tracking N°'s: 0/0/0 | | | |
| Date: 04/16/2007 | Que: 001 | Time: 09:00 AM | Desc: JTRL JURY TRIAL |

#### Defendant Information
| | | | |
|---|---|---|---|
| Name: MCCULLOUGH TRAVIS | Alias 1: | Alias 2: | |
| DOB: 05/06/1985 | SSN: XXX-XX-6051 | Driv License N°: FL168654 | |
| Height: 5'05" | Weight: 125 | Race/Sex: Black /M | Eyes/Hair: BRO/BLK |
| SID: AL0 | YDate: | AIS: | PR: 2006 022605 |
| Address 1: 71 LEONARD LANE | | Address 2: | |
| Zip: 36866 | City: NOTASULGA | State: AL | Country: US |

#### Prosecutor & Atty Info
| | | |
|---|---|---|
| Prosecutor: | Attorney 1: MCI014 A | Attorney 2: |
| Prosecutor Flag: N | Attorney 1 Flag: Y | Attorney 2 Flag: |

#### Warrant Information
| | | |
|---|---|---|
| Warrant Date: -- | WARAC -- | WARLOC: -- |
| BP ISS: | BP RTN: | |

#### Charges
| | | | | |
|---|---|---|---|---|
| 1. Crime co: RECK | Statute: RECKLESS ENDANGERMENT | Stat Name: 13A-006-024 | Class/Categ: M PE | Counts: 1 |
| 2. Crime co: ASS1 | Statute: ASSAULT 1ST DEGREE | Stat Name: 13A-006-020 | Class/Categ: F B | Counts: 1 |
| 3. Crime co: | Statute: | Stat Name: | Class/Categ: | Counts: |
| More: N | Dom Viol: N | Case Type: M | Case Categ: PE | |
| Comment: | | | | |

#### Bonding Information
| | | |
|---|---|---|
| Bond amt: 2500.00 | Bond type: | Bond co: |
| Rel Date: | Surety: | CWIT: |
| Jury Demand: | | Appeal Date: |

### Settings

#### Setting Dates
| | Date: | Que: | Time: | Description: |
|---|---|---|---|---|
| 1: | 04/16/2007 | 001 | 09:00 AM | JTRL - JURY TRIAL |
| 2: | | | | - |
| 3: | | | | - |
| 4: | 03/28/2007 | 001 | 09:00 AM | PLEA - PLEA DOCKET |

**EXHIBIT 6-1**

### Disposition

**Disposition**

| | | | |
|---|---|---|---|
| CRT ACT: | CA date: | Jury: | More: N |
| Charge 1: | | Counts: | CA: |
| Charge 2: | | Counts: | CA: |
| Charge 3: | | Counts: | CA: |
| Admin: | Why: | TBNV1: | TBNV2: |
| Appeal: | CAPP: | Type: | GJCA: |
| Cont Dt: | Why: | Cont N°: 0 | Dom Viol: N |
| Comment: | | | |
| Case Compl: N | Sent Prov: N | Due: | |
| Warr: 0 | SUBP: 0 | Updated: 04/04/2007 | |

### Sentence

**Sentence**

| | | | |
|---|---|---|---|
| Sent: | Begin: | End | PRB Beg: |
| IMP CONF: | SUSP CONF: | Total Conf: | Jail Cred: |
| LICN Susp: | Probation: | PRB Rev: | |

**Monetary**

**Confine**

**Programs**

**Enhanced**

SEC/CUR:
Comment:
Bal Due:        Due:        CRO:        Updated:

**EXHIBIT 6-2**

© Alacourt.com   5/1/2007        3

## Case Action Summary - 46CC200600014100

| Date | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 10/13/2006 | 9:25:00 | JUDG | ASSIGNED TO: (XXX)   (AR01) | VEH |
| 10/13/2006 | 9:25:01 | STAT | INITIAL STATUS SET TO: "J" - JAIL   (AR01) | VEH |
| 10/13/2006 | 9:25:02 | FILE | FILED ON: 10/13/2006   (AR01) | VEH |
| 10/13/2006 | 9:25:03 | ARRS | DEFENDANT ARRESTED ON: 10/11/2006   (AR01) | VEH |
| 10/13/2006 | 9:25:04 | INDT | DEFENDANT INDICTED ON: 08/25/2006   (AR01) | VEH |
| 10/13/2006 | 9:25:05 | ATY1 | ATTORNEY FOR DEFENDANT: MCINTYRE T ROBIN   (AR01) | VEH |
| 10/13/2006 | 9:25:06 | BOND | BOND SET AT: $2500.00   (AR01) | VEH |
| 10/13/2006 | 9:25:07 | DAT1 | SET FOR: ARRAIGNMENT ON 10/16/2006 AT 0900A(AR01) | VEH |
| 10/13/2006 | 9:25:08 | FILE | CHARGE 01: RECKLESS ENDANGERMEN/#CNTS: 001 (AR01) | VEH |
| 10/13/2006 | 9:25:09 | FILE | CHARGE 02: ASSAULT 1ST DEGREE/#CNTS: 001 (AR01) | VEH |
| 10/13/2006 | 9:27:37 | TEXT | INDICTMENT FILED | VEH |
| 10/20/2006 | 11:54:20 | TEXT | MOTION FOR BOND REDUCTION | VEH |
| 10/20/2006 | 11:56:10 | TEXT | REQUEST FOR DISCOVERY | VEH |
| 10/23/2006 | 4:01:23 | TEXT | MOTION FOR BOND REDUCTION | VEH |
| 10/23/2006 | 4:01:24 | TEXT | REQUEST FOR DISCOVERY | VEH |
| 10/23/2006 | 4:02:15 | DAT4 | SET FOR: YO APPLICATION/HEA ON 12/13/2006 AT 0900A | VEH |
| 11/14/2006 | 11:55:47 | DOC4 | DOCKET DATE NOTICE   SENT TO DEF ATTY 1 (AR09) | VEH |
| 11/14/2006 | 1:35:40 | DAT4 | SET FOR: YO APPLICATION/HEA ON 12/12/2006 AT 0900A | VEH |
| 03/02/2007 | 2:37:12 | DAT4 | SET FOR: YO APPLICATION/HEA ON 03/28/2007 AT 0900A | VEH |
| 03/15/2007 | 2:26:45 | DOCK | NOTICE SENT: 03/15/2007 MCCULLOUGH TRAVIS | VEH |
| 03/15/2007 | 2:28:26 | DOCK | NOTICE SENT: 03/15/2007 MCINTYRE T ROBIN | VEH |
| 04/04/2007 | 3:28:07 | DOCK | NOTICE SENT: 04/04/2007 MCINTYRE T ROBIN | VEH |
| 04/04/2007 | 3:29:40 | DOCK | NOTICE SENT: 04/04/2007 MCCULLOUGH TRAVIS | VEH |
| 04/04/2007 | 9:31:45 | DAT1 | SET FOR: JURY TRIAL ON 04/16/2007 AT 0900A (AR10) | VEH |

**END OF THE REPORT**

**EXHIBIT 6-3**