# EXHIBIT 9

TUSKEGEE POLICE DEPARTMENT

STATEMENT OF: JESSIE FERRELL        DATE: 11-07-2005

1. On Saturday Nov 05, 2005 Me and two
2. of my friends went to the Soul Inn Night
3. Club for Home Coming, While inside of the
4. Club John Brown Walked by me and shook
5. my hand and Pull his Shirt up about the
6. same time to show me that he had
7. a gun. John Brown walked to a Table
8. where Travis McColough and about four
9. other guys were standing. Then they walked
10. over to where I was, trying to be funny
11. I Guess, then Travis looked at me Real
12. Hard. Then walked off I thought that
13. they had left the Club but they went to
14. the bath Room Instead. I went to the
15. bathroom to use it that's when I saw
16. the same guys in the bathroom, While
17. on my way out my friend Johnny walked
18. into the bath Room, I Remember Travis
19. saying when I walked into the bathroom
20. that the 380 was not big enough and
21. he needed a 45. After Travis came

Jessie O. Ferrell
11/7/05

**EXHIBIT 9-1**

TUSKEGEE POLICE DEPARTMENT

STATEMENT OF: JESSIE FERRELL    DATE: 11-07-2005

1. out of the bathroom and made the
2. Statement to Johnny dont be motherfucking
3. Walking be hind Me. Travis then pulled
4. a gun out and Cocked it, one of the
5. Rounds hit the floor, Johnny Stated to
6. Travis you might Need that one Later on.
7. Travis Grabbed me and I snatched away
8. from him, My friend Johnny Ran and
9. John Brown Ran behind him Shooting.
10. Travis Starting Shooting inside the Club
11. thats When I Ran.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.

**EXHIBIT 9-2**

Jessie O. Ferrell
11/7/05

INTERVIEW SHEET

# TUSKEGEE POLICE DEPARTMENT

Page 1 of pages

| 1. Name (Last, First Middle) | | | | | | 2. File Number | |
|---|---|---|---|---|---|---|---|
| FERRELL JESSIE | | | | | | | |
| 3. Alias(es)/Nicknames(s) | 4. Date | Su T Th S | | Time | 5. Place of Interview | | |
| | 11-07-2005 | (M) W F | | 12:00 PM | Tuskegee P.D. | | |
| 6. Home Address | | | | | 7. Home Phone | | |
| 3800 Old Columbus RD Lot #19 Tuskegee Ala 36083 | | | | | 334-724-9888 | | |
| 8. Name and Address of Employer | | | | | 9. Business Phone | | |
| Herbigger Hydraulics | | | | | 334-826-8300 | | |
| 10. Race | 11. Sex | 12. D.O.B. | 13. P.O.B. | | 14. SCC | 15. DLN | 16. State |
| B | M | 10-30-83 | Tuskegee | | 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 | | |
| 17. HGT | 18. WGT | 19. Hair | 20. Eyes | | 21. Scars, Marks, Tattoos, Amputations | | |
| 6'0 | 155 | BLK | Bro | | | | |
| 22. Veh Yr | 23. Make | 19. Model | 25. Color | | 26. VIN | 27. License | 28. State |

29. Statement

SEE Attached

| 30. ACJIC/NCIC Check Yes[ ] No [✓] | 31. Finger Printed Yes[ ] No [✓] By What Agency: Photographed Yes[ ] No [✓] By What Agency: | | |
|---|---|---|---|
| 32. Suspect [ ] Victim [ ] Witness [✓] | 33. Date Ended 11-07-2005 | Time Ended 12:29 PM | 34. Interview Conducted By: Cpl James Nelms |

May 7, 1998 LS/pjr

**EXHIBIT 9-3**