# EXHIBIT 10

TUSKEGEE POLICE DEPARTMENT

STATEMENT OF: Ronshabus Griffin DATE: 11-29-2005

1. Some time on November 06, 2005
2. Me and my friends went to the
3. Soul Inn Night Club. I Remember that
4. it was after two oclock in the Morning.
5. My friend went — the bar and
6. bought a six pack of Beer and
7. After that some one Started Shooting
8. on the inside of the club back
9. towards the Bar Every body got down
10. on the floor. Once People started getting
11. back up the shooting started again. I
12. got hit the first time the shooting
13. started. my friends took me to the
14. hospital in Tallassee Ala. Thats
15. All I Remember about this Incident.
16.
17.
18.
19.
20.
21.

**EXHIBIT 10-1**

INTERVIEW SHEET

# TUSKEGEE POLICE DEPARTMENT

Page    1    of      pages

| 1. Name (Last, First Middle) Griffin   Ronshabus   Deuntae | | | | | | 2. File Number |
|---|---|---|---|---|---|---|
| 3. Alias(es)/Nicknames(s) | | 4. Date 11-29-2005 | Su **Th** S M W F | Time | | 5. Place of Interview |
| 6. Home Address 110 Wahahatachee RD Tallassee AL 36078 | | | | | | 7. Home Phone 334-283-3913 |
| 8. Name and Address of Employer Russell | | | | | | 9. Business Phone 334-514-2300 |
| 10. Race B | 11. Sex M | 12. D.O.B. 11-10-1980 | 13. P.O.B. Tallassee | 14. SOC 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 | 15. DLN | 16. State |
| 17. HGT 6'2 | 18. WGT 190 | 19. Hair BIK | 20. Eyes Bro | 21. Scars, Marks, Tattoos, Amputations | | |
| 22. Veh Yr | 23. Make | 19. Model | 25. Color | 26. VIN | 27. License | 28. State |

29. Statement

SEE Attached

CELL # 415 - 9025   Mother
415 - 8721   Father
415 - 9016   Victim

| 30. ACJIC/NCIC Check Yes[__] No [✓] | 31. Finger Printed Yes[__] No [✓] By What Agency: | | |
|---|---|---|---|
| | Photographed Yes[__] No [✓] By What Agency: | | |
| 32. Suspect [__]   Victim [✓]   Witness [__] | 33. Date Ended 11-29-2005 Time Ended 10³⁰ PM | 34. Interview Conducted By: CPL James Nelms | |

May 7, 1998   LS/pjf

**EXHIBIT 10-2**