# EXHIBIT 11

INTERVIEW SHEET

# TUSKEGEE POLICE DEPARTMENT

Page 1 of pages

| 1. Name (Last, First Middle) | | | | 2. File Number | |
|---|---|---|---|---|---|
| Whitfield, John Nigel | | | | | |
| 3. Alias(es)/Nicknames(s) | 4. Date | Su T (M) W Th F S | Time | 5. Place of Interview | |
| N/A | 11-07-2005 | | 12:05 p.m. | Tuskegee Police Dept. | |
| 6. Home Address | | | | 7. Home Phone | |
| 1304 Auburn St Tuskegee, Al 36083 | | | | (334)727-9744/372-2315 | |
| 8. Name and Address of Employer | | | | 9. Business Phone | |
| Hoerbiger Hydralics /Auburn, Al. | | | | (334) | |
| 10. Race | 11. Sex | 12. D.O.B. | 13. P.O.B. | 14. SOC | 15. DLN | 16. State |
| B | M | 08-21-81 | Macon County | 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 | N/A | |
| 17. HGT | 18. WGT | 19. Hair | 20. Eyes | 21. Scars, Marks, Tattoos, Amputations | | |
| 5'9 | 145 | BLK | Bro | N/A | | |

29. Statement

On Nov 5 2005 at the soul inn club John Brown and some of his friends brought guns into the club we warn security but there wasn't ~~a research later into club me and my partner walking to the bathroom John Brown and his friends walk into the bathroom cocking there pistol saying~~ JW another search done. Later that night we walks into the bathroom John Brown and friend walks in pistol cock and aiming. Me and my partner turn to run John Brown and friends open up fire as I can for safety. I can recognized John Brown and friends if necessary. (En of statement) JW

(Nothing Follows) Johnie Whitfield

| 30. ACJIC/NCIC Check Yes[ ] No [✓] | 31. Finger Printed Yes[ ] No [✓] By What Agency: | |
| | Photographed Yes[ ] No [✓] By What Agency: | |
| 32. Suspect [ ] Victim [ ] Witness [✓] | 33. Date Ended 11-07-2005 Time Ended AM PM | 34. Interview Conducted By: ABI Agent David Love |

May 7, 1998 LS/PJF