IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| COLONY INSURANCE COMPANY | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:06-cv-555-MEF |
| | ) |
| RONSHABUS GRIFFIN, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the plaintiff's Motion for Summary Judgment (Doc. #31) filed on May 1, 2007, it is hereby

ORDERED that the motion be submitted without oral argument on May 23, 2007.

It is further ORDERED that the defendants file a response which shall include a brief and any evidentiary materials on or before May 16, 2007. The plaintiff may file a reply brief on or before May 23, 2007.

*The parties are advised that if they electronically file exhibits in support of or in opposition to this motion and those exhibits total more than twenty-five (25) pages, they are required to submit a paper courtesy copy of the exhibits to the Chambers of the undersigned.*

DONE this the 7th day of May, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE