IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| COLONY INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:06 cv 555-VPM |
| | ) | |
| v. | ) | |
| | ) | |
| RONSHABUS GRIFFIN and HPC | ) | |
| ENTERTAINMENT GROUP, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT RONSHABUS GRIFFIN'S WITHDRAWAL
OF MOTION TO STRIKE SUBMISSIONS (DOCUMENT
34-1) AND SUBMISSION OF REVISED MOTION**

Comes now counsel for the Defendant, Ronshabus Griffin, and withdraws the Motion to Strike Submissions filed herein as Document 34-1, and moves to substitute therefore, the attached Revised Motion to Strike Submissions. As grounds for this request, Griffin's counsel shows that Document 34-1 was inadvertently filed before all corrections and edits had been made to it.

/s/John I. Cottle, III
JOHN I. COTTLE III (COT004)
Attorney for Defendant Ronshabus Griffin

OF COUNSEL:
Bowles & Cottle
P.O. Box 780397
Tallassee, Alabama 36078
(334) 283-6548
Fax: (334) 283-5366
(Email) BowlesandCottle@aol.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 16, 2007, I electronically filed the forgoing with the Clerk of Court using the CM/EMF system which will send notification of such filing to the following:

Algert S. Agricola, Esq.
Jason J. Baird, Esq.
 SLATEN & O'CONNOR, P.C.
Winter Loeb Building
105 Tallapoosa Street
Suite 101
Montgomery, Alabama 36104

Albert C. Bulls III
Attorney at Law
P. O. Box 1233
Tuskegee Institute, Alabama  36087

                                                 /s/John I. Cottle III_____
                                                 Of Counsel