IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| COLONY INSURANCE COMPANY | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:06-cv-555-MEF |
| | ) |
| RONSHABUS GRIFFIN, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

It is hereby ORDERED that Ronshabus Griffin's motion for leave to withdraw his prior motion to strike (Doc. # 35) is GRANTED and his motion to strike (Doc. # 34) is deemed WITHDRAWN. Accordingly, the Clerk of the Court shall terminate the motion to strike (Doc. # 34) as a pending motion.

Upon consideration of the defendant's Revised Motion to Strike Submissions (Doc. #36) filed on May 16, 2007, it is further ORDERED that the plaintiff show cause in writing on or before May 25, 2007 as to why the motion should not be granted.

DONE this the 17th day of May, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE