# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **COLONY INSURANCE COMPANY,** ) | |
| ) | |
| **Plaintiff,** ) | **CASE NO. 3:06 cv 555-VPM** |
| ) | |
| **v.** ) | |
| ) | |
| **RONSHABUS GRIFFIN and HPC** ) | |
| **ENTERTAINMENT GROUP, INC.,** ) | |
| ) | |
| **Defendants.** | |

## NOTICE OF APPEARANCE

Comes now the undersigned attorney and files this his notice of appearance as additional counsel for and on behalf of Defendant Ronshabus Griffin in the above case.

        /s/James R. Bowles_____
        JAMES R. BOWLES (BOW011)
        Attorney for Defendant Ronshabus Griffin

OF COUNSEL:
Bowles & Cottle
Attorney at Law
2 South Dubois Avenue
P.O. Box 780397
Tallassee, Alabama 36078
Telephone No.: (334) 283-6548
Facsimile No.: (334) 283-5366
 (Email) BowlesandCottle@aol.com

PDF created with pdfFactory trial version www.pdffactory.com

- 2 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 31, 2007, I electronically filed the forgoing with the Clerk of Court using the CM/EMF system which will send notification of such filing to the following:

Albert S. Agricola, Esq.
Jason J. Baird, Esq.
 SLATEN & O'CONNOR, P.C.
Winter Loeb Building
105 Tallapoosa Street
Suite 101
Montgomery, Alabama 36104

Albert C. Bulls III
Attorney at Law
P. O. Box 1233
Tuskegee Institute, Alabama  36087

                                                          /s/James R. Bowles_____
                                                          Of Counsel

PDF created with pdfFactory trial version www.pdffactory.com