IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| COLONY INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:06 cv 555-VPM |
| | ) | |
| v. | ) | |
| | ) | |
| ROSHABUS GRIFFIN and HOP | ) | |
| ENTERTAINMENT GROUP, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF CHANGE OF FIRM AND ADDRESS**

Comes now John Cottle, counsel of record for Ronshabus Griffin in the above styled case, and gives notice that he has become associated with the law firm Becker & Poliakoff, P.A. and that his new address, telephone and e-mail are as follows:

Paradise Village
348 Miracle Strip Parkway S.W.
Suite 7
Fort Walton Beach, FL 32548
850-664-2229
jcottle@becker-poliakoff.com

/s/John Cottle _____
JOHN COTTLE  (COT004)
Attorney for Defendant Ronshabus Griffin

OF COUNSEL:
Becker & Poliakoff, P.A.
348 Miracle Strip Parkway S.W.
Suite 7
Fort Walton Beach, FL 32548
(850) 664-2229
Fax:  (850) 664-7882
(Email) jcottle@becker-poliakoff.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 14, 2007, I electronically filed the forgoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Albert S. Agricola, Esq.
Jason J. Baird, Esq.
SLATEN & O'CONNOR, P.C.
Winter Loeb Building
105 Tallapoosa Street
Suite 101
Montgomery, Alabama 36104

Albert C. Bulls III
Attorney at Law
P.O. Box 1233
Tuskegee Institute, Alabama 36087

James R. Bowles
Attorney at Law
P.O. Box 780397
Tallassee, Alabama 36078

                                                              /s/John Cottle_____
                                                              Of Counsel

FWB_DB: 36647_1