IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| COLONY INSURANCE COMPANY | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:06-cv-555-MEF |
| | ) |
| RONSHABUS GRIFFIN, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the defendant's Motion to Stay (Doc. #44) filed on June 19, 2007, it is hereby ORDERED:

1. The plaintiff file a response which shall include a brief and any evidentiary materials on or before July 6, 2007.

2. The defendant may file a reply brief on or before July 13, 2007.

DONE this the 25th day of June, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE