IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| COLONY INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3:06cv00555-MEF |
| ) | |
| RONSHABUS GRIFFIN; SOUL INN, INC.; ) | |
| and HPC ENTERTAINMENT GROUP, INC.,) | |
| ) | |
| Defendants. ) | |

## COLONY INSURANCE COMPANY'S WITNESS DISCLOSURES

COMES NOW Plaintiff Colony Insurance Company (hereinafter "Colony"), by and through the undersigned counsel, and pursuant to this Court's October 27, 2006 Uniform Scheduling Order (Doc. 18) herewith submits this Initial Witness Disclosure list:

1. Joan Poskey, Colony Insurance Company.

2. Ronshabus Griffin.

3. Howard Carter.

4. Jessie Ferrell.

5. Johnnie Whitfield.

6. A. Grayton, Tuskegee (Ala.) Police Department.

7. W. Lacey, Macon County Sheriff's Department.

8. Jennifer Jordan

9. James Nelms

10. David Love

11. Any person identified in any opposing party's F.R.C.P. 26(a)(1) initial disclosures.

12. Any person identified in any opposing party's discovery responses.

Colony does not anticipate calling any expert witnesses at this time.

Respectfully submitted this 3rd day of August, 2007.

/s/ JASON J. BAIRD
**ALGERT S. AGRICOLA** (ASB 0364-R79A, AGR001)
**JASON J. BAIRD** (ASB 9955-D67J, BAI035)
Counsel for Colony Insurance Company

**OF COUNSEL:**

**SLATEN & O'CONNOR, P.C.**
Winter-Loeb Building, Suite 101
105 Tallapoosa Street
Montgomery, AL 36104
(334) 396-8882 (P)
(334) 396-8880 (F)
jbaird@slatenlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| COLONY INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3:06cv00555-MEF |
| ) | |
| RONSHABUS GRIFFIN; SOUL INN, INC.; ) | |
| and HPC ENTERTAINMENT GROUP, INC.,) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 3rd, 2007 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send copies to the following attorneys of record:

John I. Cottle, III, Esq.
Becker & Poliakoff, P.A.
348 Miracle Strip Parkway SW
Suite 7
Fort Walton Beach, FL 32548
jcottle@becker-poliakoff.com
*Counsel for Ronshabus Griffin*

James R. Bowles, Esq.
Attorney at Law
P.O. Box 780397
Tallassee, AL 36078
JamesRBowles@aol.com
*Counsel for Ronshabus Griffin*

3

Albert Bulls, Esq.
P.O. Box 1233
Tuskegee, AL 36087
acbulls@charter.net
*Counsel for HPC Entertainment Group, Inc.*

                                                                              /s/ JASON J. BAIRD
                                                                              OF COUNSEL

F:\Gen Litigation\Colony Group\Soul Inn\Trial\InitialWitnessDisclosures.wpd