IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| COLONY INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No.: 3:06cv00555-MEF |
| | ) |
| RONSHABUS GRIFFIN; SOUL INN, INC.; | ) |
| and HPC ENTERTAINMENT GROUP, INC., | ) |
| | ) |
| Defendants. | ) |

## MOTION TO EXTEND DEADLINE FOR SUBMISSION OF PRETRIAL ORDER

COMES NOW Plaintiff Colony Insurance Company (hereinafter "Colony"), by and through the undersigned counsel, and moves this Court for a one-day extension of time in which to file the parties' pretrial order, and in support therefore, would show unto this Court as follows:

1. The pretrial conference is set for November 1, 2007 in Montgomery (document no. 52).

2. Pursuant to said Order, counsel for Colony is to prepare, circulate and electronically file a proposed order on pretrial hearing by today.

3. Despite due diligence, it does not appear that the undersigned counsel will be able to circulate and file the proposed pretrial order before the close of business on today's date. Among other difficulties, lead counsel for Ronshabus Griffin is not available to review any proposed pretrial order.

**MOTION GRANTED**
THIS 30th DAY OF October, 2007

_____
MARK E. FULLER
UNITED STATES DISTRICT JUDGE

4.  The undersigned counsel has endeavored, through e-mail correspondence, to ascertain whether the other parties have any objection to extending the deadline for filing the pretrial order. Counsel for HPC Entertainment, Inc. has indicated that HPC Entertainment, Inc. has no objection. Counsel for Ronshabus Griffin has not responded as of this time.

WHEREFORE, the above premises considered, Colony Insurance Company prays that this Court will grant a one-day extension of time for filing the proposed pretrial order in the above-styled case.

Respectfully submitted this 30th day of October, 2006.

/s/ JASON J. BAIRD
**ALGERT S. AGRICOLA** (ASB 0364-R79A, AGR001)
**JASON J. BAIRD** (ASB 9955-D67J, BAI035)
Counsel for Colony Insurance Company

**OF COUNSEL:**

**SLATEN & O'CONNOR, P.C.**
Winter-Loeb Building, Suite 101
105 Tallapoosa Street
Montgomery, AL 36104
(334) 396-8882 (P)
(334) 396-8880 (F)
jbaird@slatenlaw.com