IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

COLONY INSURANCE COMPANY, )
)
    Plaintiff, ) CASE NO. 3:06 cv 555-MEF
)
v. )
)
ROSHABUS GRIFFIN and HPC )
ENTERTAINMENT GROUP, INC., )
)
    Defendants. )
_____)

**DEFENDANT ROSHABUS GRIFFIN'S OBJECTIONS TO PLAINTIFF'S EXHIBIT LIST**

Comes now the Defendant Ronshabus Griffin and objects to the following exhibits listed by the Plaintiff in its Exhibit List:

Exhibit Number

1.     No objection

2.     No objection

3.     Defendant objects to that part of Exhibit 3 containing the statements of Jessie O. Ferrell (pages 4-11 and 4-12) and John Whitfield (page 4-16). As grounds for this objection, Defendant asserts that the objectionable portions of the exhibit constitute inadmissible hearsay which hearsay does not fall within any recognized hearsay exception under the Federal Rules of Evidence. In connection with this objection, Defendant incorporates and adopts herein the arguments made in Defendant's revised Motion to Strike Submissions (document 36) and Griffin's reply to Colony's Response to Motion to Strike Submissions (document 41).

4.     No objection

5.     No objection

6.     No objection

7.     No objection

8.     No objection

9.  No objection

10. No objection

11. No objection

12. No objection

13. Defendant reserves the right to object based upon further identification of the documents.

14. Defendant reserves the right to object based upon further identification of the documents.

15. Defendant reserves the right to object based upon further identification of the documents.

							  /s/ John Cottle
							JOHN COTTLE (COT004)
							Attorney for Defendant Ronshabus Griffin

OF COUNSEL:
Becker & Poliakoff, P.A.
Attorneys at Law
348 Miracle Strip Parkway SW
Suite 7
Fort Walton Beach, FL 32548
Ph: (850) 664-2229
Fax: (850) 664-7882
(Email) jcottle@becker-poliakoff.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2007, I electronically filed the forgoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Albert S. Agricola, Esq.
Jason J. Baird, Esq.
SLATEN & O'CONNOR, P.C.
Winter Loeb Building
105 Tallapoosa Street
Suite 101
Montgomery, Alabama 36104

Albert C. Bulls III, Esq.
Attorney at Law
P. O. Box 1233
Tuskegee Institute, Alabama 36087

James R. Bowles, Esq.
Attorney at Law
P.O. Box 780397
Tallassee, AL 36078

                                                                      Of Counsel

FWB_DB: 44000_1