IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| COLONY INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RONSHABUS GRIFFIN; SOUL INN, INC.; ) <br> and HPC ENTERTAINMENT GROUP, INC., ) <br> ) <br> Defendants. ) | Case No.: 3:06cv00555-MEF |

## COLONY INSURANCE COMPANY'S
## IDENTIFICATION OF DOCUMENTS

COMES NOW Plaintiff Colony Insurance Company (hereinafter "Colony"), by and through the undersigned counsel, and pursuant to this Court's October 27, 2006 Uniform Scheduling Order (Doc. 18) herewith submits this Identification of Documents which Colony expects to or anticipates it may introduce at trial:

1. Colony Insurance Company policy no. MP3418338 and declarations page. Endorsement no. U006-0702, the assault and battery exclusion, and the medical-coverage section, are specifically identified.

2. Ronshabus Griffin's Complaint in *Griffin v. Soul Inn, Inc., et al.*, Macon County (Ala.) Circuit Court no. CV-06-77.

3. Tuskegee Police Department records pertaining to its investigation of the November 6, 2005 shooting at the Soul Inn nightclub and Macon County (Ala.) court documents pertaining to the same shooting (attached as exhibit 4 to Colony's Motion for

Summary Judgment). The witness statements and indictments are specifically identified.

4. Macon County court documents pertaining to the prosecution of John Brown and Travis McCollough (attached as exhibits 5 and 6 to Colony's Motion for Summary Judgment).

5. Ronshabus Griffin's responses to Colony's first set of interrogatories and requests for production.

6. HPC Entertainment Group, Inc.'s responses to Colony's first set of interrogatories and requests for production.

7. Ronshabus Griffin's Answer and Counterclaim against Colony.

8. Ronshabus Griffin's Motion for Summary Judgment.

9. Indictment for John Lee Brown, Macon County no. CC-06-118.

10. Indictment for Travis McCullough, Macon County CC-06-141.

11. June 20, 2007 deposition of Dr. Michael Anthony Courtney and all exhibits thereto. Pages 31, 32 and 38 are specifically identified, Dr. Courtney's 11/06/05 dictation notes from the Tallassee Community Hospital are specifically identified.

12. Dr. Courtney's 11/06/05 dictation notes from the Tallassee Community Hospital, included as an exhibit to his deposition.

13. Any documents needed for impeachment.

14. Any documents needed for rebuttal.

15. Any documents listed or produced by any other party herein.

Respectfully submitted this 29th day of October, 2007.

_____
**ALGERT S. AGRICOLA** (ASB 0364-R79A, AGR001)
**JASON J. BAIRD** (ASB 9955-D67J, BAI035)
Counsel for Colony Insurance Company

**OF COUNSEL:**

**SLATEN & O'CONNOR, P.C.**
Winter-Loeb Building, Suite 101
105 Tallapoosa Street
Montgomery, AL 36104
(334) 396-8882 (P)
(334) 396-8880 (F)
jbaird@slatenlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 24th, 2007 I served a true and complete copy of the foregoing by first-class mail, postage prepaid, upon the following parties:

John I. Cottle, III, Esq.
Becker & Poliakoff, P.A.
348 Miracle Strip Parkway SW
Suite 7
Fort Walton Beach, FL 32548
jcottle@becker-poliakoff.com
*Counsel for Ronshabus Griffin*

James R. Bowles, Esq.
Attorney at Law
P.O. Box 780397
Tallassee, AL 36078
JamesRBowles@aol.com
*Counsel for Ronshabus Griffin*

Albert Bulls, Esq.
P.O. Box 1233
Tuskegee, AL 36087
acbulls@charter.net
*Counsel for HPC Entertainment Group, Inc.*

_____
OF COUNSEL

F:\Gen Litigation\Colony Group\Soul Inn\Trial\IdentificationofDocuments.wpd