IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| COLONY INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3:06cv00555-MEF |
| ) | |
| RONSHABUS GRIFFIN; SOUL INN, INC.; ) | |
| and HPC ENTERTAINMENT GROUP, INC., ) | |
| ) | |
| Defendants. ) | |

## COLONY INSURANCE COMPANY'S WITNESS DISCLOSURES

COMES NOW Plaintiff Colony Insurance Company (hereinafter "Colony"), by and through the undersigned counsel, and pursuant to this Court's October 27, 2006 Uniform Scheduling Order (Doc. 18) herewith submits this Witness Disclosure:

1. Joan Poskey, Colony Insurance Company, c/o Slaten & O'Connor, P.C., 105 Tallapoosa Street, Suite 101, Montgomery, AL 36104.

2. Ronshabus Griffin, c/o John I. Cottle, III, Esq., Becker & Poliakoff, P.A., 348 Miracle Strip Parkway SW, Suite 7, Fort Walton Beach, FL 32548.

3. Howard Carter, c/o Albert Bulls, Esq., P.O. Box 1233, Tuskegee, AL 36087.

4. Jessie D. Ferrell, 2002 North Greenwood Drive, Tuskegee Institute, AL 36088.

5. Johnnie Whitfield, 6451 Tillery Drive, Mobile, AL 36608, (251) 345-1987.

6. A. Grayton, Tuskegee (Ala.) Police Department, (334) 727-0200.

7. W. Lacey, Macon County Sheriff's Department, (334) 727-2500.

8. Jennifer Jordan, Tuskegee Police Department, Tuskegee, AL 36083, (334) 727-0200.

9. James Nelms, Macon County Jail, Tuskegee, AL 36083, (334) 727-2500.

10. David Love, Macon County Courthouse, Tuskegee, AL 36083, (334) 724-2614.

11. John Brown, c/o Robin McIntyre, Esq., 2101 Executive Park Drive, Office 102, Opelika, AL 36801.

12. Travis McCullough, c/o Mike Winter, Esq., P.O. Box 5262 Montgomery, AL 36103.

13. Any person identified in any opposing party's witness disclosures.

14. Any person identified in any opposing party's discovery responses.

Colony anticipates calling witness nos. 1, 2, 3, and 4 at trial, and the remainder if needed. Colony does not anticipate calling any expert witnesses.

Respectfully submitted this 29th day of October, 2007.

_____
ALGERT S. AGRICOLA (ASB 0364-R79A, AGR001)
JASON J. BAIRD (ASB 9955-D67J, BAI035)
Counsel for Colony Insurance Company

**OF COUNSEL:**

**SLATEN & O'CONNOR, P.C.**
Winter-Loeb Building, Suite 101
105 Tallapoosa Street
Montgomery, AL 36104
(334) 396-8882 (P)
(334) 396-8880 (F)
jbaird@slatenlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 29th, 2007 I served a true and complete copy of the foregoing by first-class mail, postage prepaid, upon the following parties:

John I. Cottle, III, Esq.
Becker & Poliakoff, P.A.
348 Miracle Strip Parkway SW
Suite 7
Fort Walton Beach, FL 32548
jcottle@becker-poliakoff.com
*Counsel for Ronshabus Griffin*

James R. Bowles, Esq.
Attorney at Law
P.O. Box 780397
Tallassee, AL 36078
JamesRBowles@aol.com
*Counsel for Ronshabus Griffin*

Albert Bulls, Esq.
P.O. Box 1233
Tuskegee, AL 36087
acbulls@charter.net
*Counsel for HPC Entertainment Group, Inc.*

_____
OF COUNSEL

F:\Gen Litigation\Colony Group\Soul Inn\Trial\TrialWitnessDisclosure.wpd

4