## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| **COLONY INSURANCE COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 3:06cv00555-MEF** |
| | ) | |
| **RONSHABUS GRIFFIN; SOUL INN, INC.;** | ) | |
| **and HPC ENTERTAINMENT GROUP, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### COLONY INSURANCE COMPANY'S
### OBJECTIONS TO RONSHABUS GRIFFIN'S EXHIBIT LIST

COMES NOW Plaintiff Colony Insurance Company (hereinafter "Colony"), by and through the undersigned counsel, and pursuant to this Court's October 27, 2006 Uniform Scheduling Order (Doc. 18) herewith files these objections to Defendant Ronshabus Griffin's Exhibit List as follows:

1. No objection.

2. No objection.

3. No objection.

4. No objection.

5. No objection.

6. No objection.

7. Colony objects to the extent that the criminal file in the case of <u>State v. John Brown</u> may be incomplete.

8.    Colony objects to the extent that the criminal file in the case of State v. Travis McCullough may be incomplete.

9.    Colony objects because the medical bills identified by Griffin are unauthenticated, no medical provider has testified as to their necessity and reasonableness, and because the parties' stipulation that Griffin's medical bills exceed the $5,000 Colony policy limits for medical benefits makes these documents irrelevant.

10.    Colony objects because the medical bills identified by Griffin are unauthenticated, no medical provider has testified as to their necessity and reasonableness, and because the parties' stipulation that Griffin's medical bills exceed the $5,000 Colony policy limits for medical benefits makes these documents irrelevant.

11.    Colony objects because the medical bills identified by Griffin are unauthenticated, no medical provider has testified as to their necessity and reasonableness, and because the parties' stipulation that Griffin's medical bills exceed the $5,000 Colony policy limits for medical benefits makes these documents irrelevant.

12.    Colony objects because the medical bills identified by Griffin are unauthenticated, no medical provider has testified as to their necessity and reasonableness, and because the parties' stipulation that Griffin's medical bills exceed the $5,000 Colony policy limits for medical benefits makes these documents irrelevant.

Griffin has not designated any part of a deposition or other document that he expects to use at trial; accordingly, no objections are required. Colony reserves the right to object to any subsequently-identified deposition or other document which Griffin may attempt to

2

introduce at trial.

HPC Entertainment Group, Inc. has not served any exhibit list or designation of depositions or other documents; accordingly, no objections are required. Colony reserves the right to object to any exhibits or subsequently-identified depositions or other documents which HPC Entertainment Group, Inc. may attempt to introduce at trial.

Respectfully submitted this 20th day of November, 2007.

/s/ JASON J. BAIRD
**ALGERT S. AGRICOLA** (ASB 0364-R79A, AGR001)
**JASON J. BAIRD** (ASB 9955-D67J, BAI035)
Counsel for Colony Insurance Company

**OF COUNSEL:**

**SLATEN & O'CONNOR, P.C.**
Winter-Loeb Building, Suite 101
105 Tallapoosa Street
Montgomery, AL 36104
(334) 396-8882 (P)
(334) 396-8880 (F)
jbaird@slatenlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 20th, 2007 I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will serve a copy upon the following parties:

John I. Cottle, III, Esq.
Becker & Poliakoff, P.A.
348 Miracle Strip Parkway SW
Suite 7
Fort Walton Beach, FL 32548
jcottle@becker-poliakoff.com
*Counsel for Ronshabus Griffin*

James R. Bowles, Esq.
Attorney at Law
P.O. Box 780397
Tallassee, AL 36078
JamesRBowles@aol.com
*Counsel for Ronshabus Griffin*

Albert Bulls, Esq.
P.O. Box 1233
Tuskegee, AL 36087
acbulls@charter.net
*Counsel for HPC Entertainment Group, Inc.*


                                        /s/ JASON J. BAIRD
                                        OF COUNSEL


F:\Gen Litigation\Colony Group\Soul Inn\Trial\ObjectGriffinExhibitList.wpd

4