IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| COLONY INSURANCE COMPANY, ) | | |
| ) | | |
| Plaintiff, ) | CASE NO. 3:06 cv 555-MEF | |
| ) | | |
| v. ) | | |
| ) | | |
| ROSHABUS GRIFFIN and HPC ) | | |
| ENTERTAINMENT GROUP, INC., ) | | |
| ) | | |
| Defendants. ) | | |
| _____) | | |

**EXHIBIT LIST**

| Exhibit Number | Description | Offered | Admitted |
|---|---|---|---|
| 1. | General Liability Insurance Policy issued by Colony Insurance Company to HPC, Inc., including the declaration page and all endorsements and attachments. | ☐ | ☐ |
| 2. | The Complaint filed by Ronshabus Griffin against HPC Entertainment, Inc. in the Circuit Court of Macon County, Alabama. | ☐ | ☐ |
| 3. | The answer of HPC Entertainment Group, Inc. to the Complaint of Griffin, a copy of which is attached hereto. | ☐ | ☐ |
| 4. | The amendment of Griffin to the Complaint correcting the name of the party Defendant and adding an addition Defendant, a copy of which is attached hereto. | ☐ | ☐ |
| 5. | The Motion to Intervene filed by Colony Insurance Company in the Macon County Circuit Court case of Griffin v. HPC, a copy of which is attached hereto. | ☐ | ☐ |
| 6. | The Response of Plaintiff to the Motion to Intervene of Colony Insurance Company filed in the Macon County Circuit Court, a copy of which is attached hereto. | ☐ | ☐ |
| 7. | The entire criminal file maintained by the Circuit Court of Macon County, Alabama in the case of State v. John Brown, a copy of which is attached hereto.  Defendant reserves the right to supplement this exhibit with subsequent entries into the court records that occur prior to trial of the above styled case. | ☐ | ☐ |

| 8. | The entire criminal file maintained by the Circuit Court of Macon County, Alabama in the case of State v. Travis McCullough, a copy of which is attached hereto. Defendant reserves the right to supplement this exhibit with subsequent entries into the court records that occur prior to trial of the above styled case. | ☐ | ☐ |
|---|---|---|---|
| 9. | Medical bill of Dr. Michael Courtney, a copy of which is attached hereto. | ☐ | ☐ |
| 10. | Medical bill from Community Hospital, a copy of which is attached hereto. | ☐ | ☐ |
| 11. | Medical bill from Tallassee Family Care, a copy of which is attached hereto. | ☐ | ☐ |
| 12. | Medical bill from Care Ambulance, a copy of which is attached hereto. | ☐ | ☐ |

      _/s/ John Cottle_____
      JOHN COTTLE  (COT004)
      Attorney for Plaintiff

OF COUNSEL:
Becker & Poliakoff, P.A.
348 Miracle Strip Parkway S.W.
Suite 7
Fort Walton Beach, FL 32548
(850) 664-2229
Fax:  (850) 664-7882
(Email) jcottle@becker-poliakoff.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 21, 2007, I electronically filed the forgoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Albert S. Agricola, Esq.
Jason J. Baird, Esq.
SLATEN & O'CONNOR, P.C.
Winter Loeb Building
105 Tallapoosa Street, Suite 101
Montgomery, Alabama 36104

Albert C. Bulls III, Esq.
P. O. Box 1233
Tuskegee Institute, Alabama 36087

James R. Bowles, Esq.
P.O. Box 780397
Tallassee, AL 36078

              ____/s/ John Cottle_____
              Of Counsel

FWB_DB: 43681_1