IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| COLONY INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROSHABUS GRIFFIN and HPC )<br>ENTERTAINMENT GROUP, INC., )<br>)<br>Defendants. )<br>_____ ) | CASE NO. 3:06 cv 555-MEF |

## DEFENDANT RONSHABUS GRIFFIN'S WITNESS LIST

Defendant Ronshabus Griffin give notice that he will or may call the following persons at trial of the above styled case:

1. Ronshabus Griffin,

2. Howard Carter, c/o Albert Bulls, P.O. Box 1233, Tuskegee, Alabama 36083.

3. Regina Jones, 1147 Hillcrest Road, Adamsville, Alabama 35005.

4. Jennifer Jordan, Tuskegee Police Department, Tuskegee, Alabama 36083.

5. Kyla Jones, 1147 Hillcrest Road, Adamsville, Alabama 35005. (205-798-8536)

6. Shaquetta Penick, 1153 Pebble Creek, Apt. 1, Birmingham, Alabama 35214. (205-447-4099).

7. Seneca Jones, 1829 43rd Street, Birmingham, Alabama 35208. (205-798-7986)

8. William O. Kelly, 6801 Court N., Birmingham, Alabama 35220.

9. Justin Williams, Montgomery, Alabama.

10. Kevius Matthews, Weldon Road, Eclectic, Alabama 36024.

11. Stacey Brown, 3rd Ave., Tallassee, Alabama 36078.

12. Robin McIntyre, 2101 Executive Park Drive, Office 102, Opelika, Alabama 36801.

13. Mike Winter, P.O. Box 5262, Montgomery, AL 36103.

14. John Brown, c/o Robin McIntyre, 2101 Executive Park Drive, Office 102, Opelika, Alabama 36801.

15. Travis McCullough, c/o Mike Winter, P.O. Box 5262, Montgomery, AL 36103.

    /s/ John Cottle_____
JOHN COTTLE  (COT004)
Attorney for Plaintiff

OF COUNSEL:
Becker & Poliakoff, P.A.
348 Miracle Strip Parkway S.W.
Suite 7
Fort Walton Beach, FL 32548
(850) 664-2229
Fax:  (850) 664-7882
(Email) jcottle@becker-poliakoff.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2007, I electronically filed the forgoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Albert S. Agricola, Esq.
Jason J. Baird, Esq.
SLATEN & O'CONNOR, P.C.
Winter Loeb Building
105 Tallapoosa Street, Suite 101
Montgomery, Alabama 36104

Albert C. Bulls III, Esq.
P. O. Box 1233
Tuskegee Institute, Alabama 36087

James R. Bowles, Esq.
P.O. Box 780397
Tallassee, AL 36078

    /s/ John Cottle\_\_\_\_
Of Counsel