IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| COLONY INSURANCE COMPANY, )<br>)<br>    Plaintiff, )<br>v. )<br>)<br>RONSHABUS GRIFFIN, *et al.*, )<br>)<br>    Defendants. ) | CASE NO. 3:06-cv-555-MEF<br>(WO-Not Recommended for Publication) |

**PARTIAL DECLARATORY JUDGMENT**

In accordance with the Memorandum Opinion and Order entered on this date, it is the ORDER, JUDGMENT, and DECREE of this Court that it is DECLARED that Plaintiff Colony Insurance Company has no duty to defend Defendant HPC Entertainment Group, Inc. d/b/a Soul Inn Social Club arising out of policy number MP3418338, in the matter of *Ronshabus Griffin v. Soul Inn, Inc.,* civil action no. CC-06-77, currently pending in the Circuit Court of Macon County, Alabama.

DONE this the 26th day of November, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE