**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **COLONY INSURANCE COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CASE NO. 3:06 cv 555-MEF** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **ROSHABUS GRIFFIN and HPC** | ) | |
| **ENTERTAINMENT GROUP, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____) | | |

**STATUS REPORT**

Comes now Ronshabus Griffin and submits the following Status Report concerning the case of Griffin v. HPC Entertainment Group, Inc. et al., as required by this court's order of November 26, 2007.

The case of Griffin v. HPC Entertainment Group, Inc., has not yet been set for trial. The next Circuit Civil Jury term in Macon County is a two week term beginning February 4, 2008. It is not known at this time whether the case will be placed on the trial docket during that term. At this time, Plaintiff plans to take one additional medical deposition for use at trial. Plaintiff is attempting to schedule that deposition now. Further, Plaintiff has recently amended his complaint in light of this court's ruling in the above styled case and the Defendants have not yet answered the amended complaint. Nevertheless, Plaintiff anticipates that the case can be gotten ready for trial in time to be placed on the February docket. If the case cannot be tried in February, the next Circuit Civil Jury term in Macon County will be held August 18, 2008.

The undersigned counsel for Griffin has circulated this status report to counsel for all parties via email and all counsel have indicated that they have reviewed and approved it.

 /s/ John Cottle_____
JOHN COTTLE  (COT004)
Attorney for Plaintiff

OF COUNSEL:
Becker & Poliakoff, P.A.
348 Miracle Strip Parkway S.W.
Suite 7
Fort Walton Beach, FL 32548
(850) 664-2229
Fax:  (850) 664-7882
(Email) jcottle@becker-poliakoff.com


### CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2007, I electronically filed the forgoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Albert S. Agricola, Esq.
Jason J. Baird, Esq.
SLATEN & O'CONNOR, P.C.
Winter Loeb Building
105 Tallapoosa Street, Suite 101
Montgomery, Alabama 36104


Albert C. Bulls III, Esq.
P. O. Box 1233
Tuskegee Institute, Alabama 36087

James R. Bowles, Esq.
P.O. Box 780397
Tallassee, AL 36078

_____/s/ John Cottle_____
Of Counsel

FWB_DB: 45554_1