IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__EASTERN__ DIVISION

COLONY INSURANCE COMPANY )
)
Plaintiff, )
)
v. ) CASE NO. 3:06 cv 555-MEF
)
RONSHABUS GRIFFIN ET AL )
)
Defendants, )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW _Ronshabus Griffin_, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☑ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

■ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| NONE | |

12/6/2007         /s/ John Cottle
Date              (Signature)

John Cottle (COT004)
(Counsel's Name)

Ronshabus Griffin
Counsel for (print names of all parties)

348 Miracle Strip Parkway S.W., Ste 7
Ft. Walton Beach, FL  32548
Address, City, State Zip Code

850-664-2229
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__EASTERN__ DIVISION

## CERTIFICATE OF SERVICE

I, __John Cottle__, do hereby Certify that a true and correct copy of the foregoing has been furnished by __CM/ECF system__ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __6th__ day of __December__ 20__07__, to:

Albert S. Agricola, Esq. and Jason J. Baird, Esq., SLATEN & O'CONNOR, P.C.,

Winter Loeb Building, 105 Tallapoosa Street, Ste 101, Montgomery, Alabama  36104

Albert C. Bulls III, Esq., P.O. Box 1233, Tuskegee Institute, Alabama  36087

James R. Bowles, Esq., P.O. Box 780397, Tallassee, Alabama  36078

12/6/2007                                             /s/ John Cottle
      Date                                                        Signature