IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| COLONY INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROSHABUS GRIFFIN and HPC )<br>ENTERTAINMENT GROUP, INC., )<br>)<br>Defendants. )<br>_____ ) | CASE NO. 3:06 cv 555-MEF |

**STATUS REPORT**

Comes now Ronshabus Griffin and submits the following Status Report concerning the case of Griffin v. HPC Entertainment Group, Inc. et al., as required by this court's order of November 26, 2007.

The parties in the Macon County Circuit Court case of Griffin v. HPC Entertainment Group, Inc., et al, Case No. CV-2006-77, have reached a full and complete settlement of all claims. The settlement documents are being prepared and the settlement check will be ordered forthwith. When all documents have been signed and the Macon County case has been dismissed, notice of same will be filed with this court.

The undersigned counsel for Griffin has circulated this status report to counsel for all parties via email and all counsel have indicated that they have reviewed and approved it.

                                                    /s/ John Cottle
                                                JOHN COTTLE (COT004)
                                                Attorney for Plaintiff

OF COUNSEL:
Becker & Poliakoff, P.A.
348 Miracle Strip Parkway S.W.
Suite 7
Fort Walton Beach, FL 32548
(850) 664-2229
Fax: (850) 664-7882

(Email) jcottle@becker-poliakoff.com

## CERTIFICATE OF SERVICE

      I hereby certify that on ___ day of _____, 200__, I electronically filed the forgoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Albert S. Agricola, Esq.
Jason J. Baird, Esq.
SLATEN & O'CONNOR, P.C.
Winter Loeb Building
105 Tallapoosa Street, Suite 101
Montgomery, Alabama 36104


Albert C. Bulls III, Esq.
P. O. Box 1233
Tuskegee Institute, Alabama 36087

James R. Bowles, Esq.
P.O. Box 780397
Tallassee, AL 36078

                                                                  /s/ John Cottle
                                                                  Of Counsel

FWB_DB: 46435_1