IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN _____ DIVISION

| | |
|---|---|
| COLONY INSURANCE COMPANY  ) | |
| _____, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | CASE NO. 3:06 cv 555-MEF |
| ) | |
| RONSHABUS GRIFFIN ET AL ) | |
| _____, ) | |
| ) | |
| Defendants, ) | |

*Filing stamp: 2008 JAN 11 A 9:58, U.S. DISTRICT COURT, MIDDLE DISTRICT ALA*

## CONFLICT DISCLOSURE STATEMENT

COMES NOW  HPC Entertainment Group Inc. , a  Defendant  in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☒ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                              Relationship to Party

_____          _____

_____          _____

_____          _____

1/10/2008                                      (Signature) [signed]
---------                                      ---------
Date                                           Albert C. Bulls III (BUL009)
                                               (Counsel's Name)

                                               HPC Entertainment Group, Inc.
                                               Counsel for (print names of all parties)
                                               P. O. Box 1233
                                               Tuskegee Inst., AL 36087
                                               Address, City, State Zip Code
                                               334.727.1074
                                               Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____EASTERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, Albert C. Bulls III _____, do hereby Certify that a true and correct copy of the foregoing has been furnished by __U. S. Mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __10th____ day of __January_____ 20_08_ to:

Albert S. Agricola, Esq., and Jason J. Baird, Esq., Slaten & Connor, P. C.,

Winter Loeb Building, 105 Tallapoosa Street, Ste 101, Montgomery, AL 36104

James R. Bowles, Esq., P. O. Box 780397, Tallassee, Alabama 36078

John Cottle, Esq., 348 Miracle Strip Parkway S.W., Stet 7; Ft Walton Beach, FL 32548

1/10/2008
Date                                                         Signature