IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| COLONY INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3:06cv00555-MEF |
| ) | |
| RONSHABUS GRIFFIN; SOUL INN, INC.; ) | |
| and HPC ENTERTAINMENT GROUP, INC., ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Colony Insurance Company (hereinafter "Colony"), and Defendants Ronshabus Griffin ("Griffin") and HPC Entertainment Group, Inc. ("HPC"), by and through the undersigned counsel, and pursuant to F.R.C.P. 41(a)(1) herewith file this Joint Stipulation of Dismissal with prejudice in the above-styled case, each side to bear its own costs as paid, and as grounds therefore, would show unto this Court as follows:

1. This declaratory action was filed on or about June 14, 2006, and stemmed from the underlying case of *Griffin v. Soul Inn, Inc.*, Macon County (Ala.) Circuit Court no. CV-06-77 ("the underlying lawsuit").

2. The underlying lawsuit settled and was dismissed with prejudice on February 5, 2008.

3. The underlying lawsuit being settled, the above-styled declaratory action is mooted. The parties wish to dismiss the above-styled declaratory action with prejudice, each

side to bear its own costs as paid.

4.  This will be a final order dismissing all claim and all parties in this action.

5.  Counsel for Colony Insurance Company verifies that the other parties' counsel listed below are in agreement with this motion, and have authorized Colony's counsel to electronically sign their names to the foregoing document.

WHEREFORE, for the above-stated reasons, Plaintiff Colony Insurance Company, and Defendants Ronshabus Griffin and HPC Entertainment Group, Inc., pray that this Court will dismiss the above-styled case with prejudice, each side to bear his/its own costs as paid.

Respectfully submitted this the 11th day of February, 2008.

/s/ JASON J. BAIRD
**JASON J. BAIRD** (ASB 9955-D67J, BAI035)
Counsel for Colony Insurance Company


/s/ JOHN I. COTTLE
**JOHN I. COTTLE** (ASB COT004)
Counsel for Ronshabus Griffin


/s/ JAMES R. BOWLES
**JAMES R. BOWLES** (ASB BOW011)
Counsel for Ronshabus Griffin


/s/ ALBERT C. BULLS, III
**ALBERT C. BULLS, III** (ASB BUL009)
Counsel for HPC Entertainment Group, Inc.

**OF COUNSEL:**

**Slaten & O'Connor, P.C.**
Winter-Loeb Building, Suite 101
105 Tallapoosa Street
Montgomery, AL 36104
(334) 396-8882 (P)
(334) 396-8880 (F)
jbaird@slatenlaw.com

**Becker & Poliakoff, P.A.**
348 Miracle Strip Parkway SW
Suite 7
Fort Walton Beach, FL 32548
jcottle@becker-poliakoff.com

**James R. Bowles, Esq.**
P.O. Box 780397
Tallassee, AL 36078
JamesRBowles@aol.com

**Albert Bulls, Esq.**
P.O. Box 1233
Tuskegee, AL 36087
acbulls@charter.net

## CERTIFICATE OF SERVICE

I hereby certify that on February11, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will serve electronic notice upon the following CM-ECF system participants:

John I. Cottle, III, Esq.
Becker & Poliakoff, P.A.
348 Miracle Strip Parkway SW
Suite 7
Fort Walton Beach, FL 32548
jcottle@becker-poliakoff.com
*Counsel for Ronshabus Griffin*

James R. Bowles, Esq.
Attorney at Law
P.O. Box 780397
Tallassee, AL 36078
JamesRBowles@aol.com
*Counsel for Ronshabus Griffin*

Albert Bulls, Esq.
P.O. Box 1233
Tuskegee, AL 36087
acbulls@charter.net
*Counsel for HPC Entertainment Group, Inc.*

        Respectfully submitted,

        /s/ Jason J. Baird
        JASON J. BAIRD (ALA. ID BAI035)
        **SLATEN & O'CONNOR, P.C.**
        Winter Loeb Building
        105 Tallapoosa Street, Suite 101
        Montgomery, AL 36104
        Phone: (334) 396-8882
        Fax:    (334) 396-8880
        E-mail: jbaird@slatenlaw.com

F:\Gen Litigation\Colony Group\Soul Inn\Pleading\StipulationDismissal.wpd