IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| COLONY INSURANCE COMPANY ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:06-cv-555-MEF |
| ) | |
| RONSHABUS GRIFFIN, *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **FINAL JUDGMENT**

Pursuant to the Joint Stipulation of Dismissal (Doc. #71) filed by the parties on February 11, 2008, it is

ORDERED and ADJUDGED that this case is DISMISSED in its entirety with prejudice, each party to bear his or its own costs and expenses.

The Clerk of Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 11th day of February, 2008.

                                                        /s/ Mark E. Fuller
                                         CHIEF UNITED STATES DISTRICT JUDGE